# **EXHIBIT 7**

Case 3:24-cv-02251-BAS-MSB     Document 1-8     Filed 12/02/24     PageID.107     Page 1 of 3



# LUMINATE POLICY – DUAL EMPLOYMENT

**OVERVIEW**

The Department of Housing and Urban Development ("HUD") and the Federal Housing Administration ("FHA") for many years have imposed certain restrictions on the outside employment of employees of FHA- approved lenders. As a result, Luminate did not permit dual employment in a mortgage transaction. In December 2022 (Mortgagee Letter 2022-22), HUD broadened its position on outside or "dual employment", permitting real estate agents and other parties involved in a real estate transaction to have multiple roles or sources of compensation from a single transaction, including that of a mortgage loan originator.

Luminate Home Loans, Inc. ("Luminate") has considered the risks of permitting its employees to have multiple roles in a mortgage transaction. In accordance with this policy revision in September 2023, Luminate is restating its position regarding Dual Employment (defined below) and employees will not be permitted to have multiple roles on any application taken in the name of Luminate, which includes a loan brokered to another party.

**POLICY**

Employees and potential employees are **prohibited** from working, in any capacity, for any other company or individual, including self-employment, unless approved in writing by the CEO or President of Luminate.

If an employee or potential employee wishes to seek approval to be employed by Luminate and another company/individual ("Dual Employment"), the following requirements must be met:

- **Current Employees:** must submit the following to the **Director of Human Resources** at least five (5) business days prior to any anticipated change:
    (1) notice of potential outside employment, including the name of company, position to be held, and summary of job description;
    (2) a copy of any vocational and/or professional licenses;
    (3) a written statement signed by employee that proposed Dual Employment does not violate any state law in which the employee resides or conducts business, or any non-compete, non-solicitation or confidentiality agreement with the other company/individual; and
    (4) a written statement signed by employee that Dual Employment will not interfere or conflict with the Employee's ability to perform their job function(s) at Luminate.

If an employee is already employed in Dual Employment role, and it has not been approved by Luminate, then the documents above must be submitted to the **Direct of Human Resources** immediately.

- **Newly Hired Employees:** In addition to meeting the Current Employee requirements above, newly hired employees must also submit the completed Luminate New Hire Questionnaire to the **Director of Human Resources** prior to the first day of employment with Luminate.

If approval of "Dual Employment" is granted by the CEO or President, employee's file will be documented and reviewed periodically to ensure "Dual Employment" does not have a negative impact on the Employee's Luminate job performance. Luminate reserves the right to revoke its approval of Dual Employment for any employee at any time and for any or no reason.

Luminate employees are **prohibited** from working, consulting, or advising, in any capacity, for any other individual or entity that would pose a conflict of interest (direct, indirect, actual, or potential) to the business of Luminate. Employees are also prohibited from assisting any person or entity in competing with Luminate, unless approved by the CEO or President.

Failure to disclose any and all actual or potential outside employment to Luminate is a violation of Company Policy and may result in disciplinary action, up to and including termination.

| Policy Approved | December 2020 |
|---|---|
| Policy Revisions Approved | October 21, 2021 |
| Policy Revisions Approved | August 24, 2023 |
| Policy Revisions Approved | |

DocuSigned by:
*[signature]*
9CC3EB3B8C9F4ED...
7/22/2024