# **EXHIBIT 8**

# Better

Better.com  
3 World Trade Center, 59th Floor  
New York, NY 10007

October 18, 2024

Daniel Horanyi

Dear Daniel,

We are pleased to present the following offer of employment. This letter will summarize and confirm the details of our offer for you to join Better Mortgage Corporation (the "Company") in the position of Vice President of Distributed Retail on November ___, 2024 (the "Start Date") and reporting to Chad Smith. You will be a non-producing division manager and are prohibited from engaging in any and all activities that would constitute loan origination activities under any applicable law, including (without limitation) Regulation Z, or any licensing or similar law of any state.

This position is remote in the Company's Irvine office, however you agree you will travel to New York or any other location that the Company establishes an office in the United States and India in the best interests of the Company on an as-needed basis.

**Orientation Information**: On your first day of work, you should plan to report at 9:00 AM EST. More details will follow.

Here are the specific details of our offer:

**Conditions Precedent:** This offer is contingent upon you and the Company agreeing to a statement of work("SOW") detailing the timeline and tasks required to establish a Distributed Retail Channel at the Company.

**Compensation**: If you decide to join us, you will receive an annual salary of $600,000 less all required tax withholdings and other applicable deductions, which will be paid semi-monthly in accordance with the Company's normal payroll procedures. Your position will be considered Exempt.

**Equity**: Subject to approval by the Board of the Directors of the Company (the "Board"), you will also be eligible to receive two awards of restricted stock units (the "RSUs"), granted under the Better Home & Finance Holding Company 2023 Equity Incentive Plan (the "2023 EIP").

- The first award will total 19,667 RSUs. Subject to Board approval, the RSUs will vest over a period of four (4) years beginning on your Start Date with a one (1) year cliff. This means that you will vest in 25% of the RSUs after twelve (12) months of