# **EXHIBIT 9**

