# **<u>EXHIBIT 10</u>**

| | |
|---|---|
| From: | csmith@better.com |
| To: | cml1020@gmail.com, hkhosla@better.com, jemm8081@yahoo.com, dannyhoranyi@gmail.com |
| Subject: | Re: Broker process flow |
| Mail date: | Thu, 08 Aug 2024 19:18:30 |
| Event date: | Fri, 11 Oct 2024 13:41:28 |

Sure if easy. Thx

Get Outlook for Android

---

**From:** Chris Ledlie <cml1020@gmail.com>
**Sent:** Thursday, August 8, 2024 8:17:14 PM
**To:** Chad Smith <csmith@better.com>; Hana Khosla <hkhosla@better.com>; 'Jeanette Lee' <jemm8081@yahoo.com>; 'Danny Horanyi' <dannyhoranyi@gmail.com>
**Subject:** Re: Broker process flow

Thanks Chad.

We can also send another version in morning if it's easier.

---

**From:** Chad Smith <csmith@better.com>
**Sent:** Thursday, August 8, 2024 7:02:47 PM
**To:** cml1020@gmail.com <cml1020@gmail.com>; Hana Khosla <hkhosla@better.com>; 'Jeanette Lee' <jemm8081@yahoo.com>; 'Danny Horanyi' <dannyhoranyi@gmail.com>
**Subject:** Re: Broker process flow

We are on that. Thx. Sorry.

Get Outlook for Android

---

**From:** cml1020@gmail.com <cml1020@gmail.com>
**Sent:** Thursday, August 8, 2024 8:02:00 PM
**To:** Hana Khosla <hkhosla@better.com>; 'Jeanette Lee' <jemm8081@yahoo.com>; Chad Smith <csmith@better.com>; 'Danny Horanyi' <dannyhoranyi@gmail.com>
**Subject:** RE: Broker process flow

Hey Hana,

Would you mind redacting any reference to NEO or Luminate before sending to the team?

Thanks,

Chris

**From:** Hana Khosla <hkhosla@better.com>
**Sent:** Thursday, August 8, 2024 6:32 PM
**To:** Jeanette Lee <jemm8081@yahoo.com>; Chad Smith <csmith@better.com>; Chris Ledlie <cml1020@gmail.com>; Danny Horanyi <dannyhoranyi@gmail.com>
**Subject:** RE: Broker process flow


Super helpful – thank you! I will send this to the team scoping and come back if they have any other questions

**From:** Jeanette Lee <jemm8081@yahoo.com>
**Sent:** Thursday, August 8, 2024 7:12 PM
**To:** Chad Smith <csmith@better.com>; Chris Ledlie <cml1020@gmail.com>; Danny Horanyi <dannyhoranyi@gmail.com>; Hana Khosla <hkhosla@better.com>
**Subject:** Re: Broker process flow


Hi Hana

Here's the job aid that describes the internal workflow for Brokered loans. Each Wholesale Investor has their own workflow for ingestion of information,

document transfers and coordination with their fulfillment team so we just follow their P&P, checklists and forms.

All initial processes remain the same until it's determined that brokering is the better option. Typical data transmission is done through export/import of Fannie Mae 3.4. Let me know I can help in any other way.

Jeanette Lee

On Thursday, August 8, 2024 at 02:00:20 PM PDT, Hana Khosla <hkhosla@better.com> wrote:

Hi NEO team,

Hope you are well! Is there anything off the shelf you can share with us on your broker process flow? I.e. something that outlines what the data gathering process/application intake looks like and disclosures, timing of disclosures etc, as well as your typical lender data transmission process? Our engineering team is scoping out the addition of a broker process to Tinman and asking if there is anything from the existing NEO process map they can reference to make sure it

would align with what you need. Even if its like LO training material or something like that, would be helpful. Appreciate anything you can share

Thanks,

Hana