# **EXHIBIT 20**

