| | |
|---|---|
| 1 | Mark Johnson (SBN 135288) |
| | Mark.johnson@offitkurman.com |
| 2 | Offit Kurman, P.A. |
| | 445 S. Figueroa Street |
| 3 | 18th Floor |
| | Los Angeles, CA 90071 |
| 4 | Office: (213) 629-5700 |

Ari Karen (*pro hac vice forthcoming*)
akaren@mitchellsandler.com
Lucas Markowitz (*pro hac vice forthcoming*)
lmarkowitz@mitchellsandler.com
Alexander Rogosa (*pro hac vice forthcoming*)
arogosa@mitchellsandler.com
MITCHELL SANDLER PLLC
2020 K Street NW, Suite 760
Washington, DC 20036
Office: (202) 886-5265

Attorneys for Plaintiff
LUMINATE HOME LOANS, INC.

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUMINATE HOME LOANS, INC., | Case No.: 3:24-cv-2251-BAS-MSB |
| Plaintiff, | **LUMINATE HOME LOANS, INC.'S EMERGENCY MOTION FOR A TEMPORARY RESTRAINIG ORDER AND A PRELIMINARY INJUNCTION AND FOR EXPEDITED DISCOVERY** |
| v. | |
| BETTER MORTGAGE CO., DANIEL HORANYI, JEANETTE LEE, & LAUREN HAVINS, | |
| Defendants. | Hearing Date: Monday, January 27, 2025 |
| | **No Oral Argument Unless Ordered By The Court** |

**<u>PLAINTIFF LUMINATE HOME LOANS, INC.'S EMERGENCY MOTION FOR A TEMPORARY RESTRAINING ORDER AND A PRELIMINARY INJUNCTION, AND EXPEDITED DISCOVERY</u>**

Plaintiff Luminate Home Loans, Inc., by and through its undersigned counsel, pursuant to Rules 65 and 26(d) of the Federal Rules of Civil Procedure, and for the reasons set forth in the accompanying Memorandum of Points and Authorities, which is incorporated herein by reference, respectfully requests that the Court grant its

1

1  Emergency Motion for a Temporary Restraining Order, Preliminary Injunction, and
2  Expedited Discovery. This Motion is made following the conference of counsel that
3  took place on December 16, 2024, via videoconference, and followed multiple other
4  conferences between the Parties' respective counsel, as well as detailed email
5  communications seeking, unsuccessfully, to resolve this matter without motions
6  practice. Plaintiff, for good cause, respectfully requests the Court grant the relief
7  articulated in the attached Memorandum of Points and Authorities and issue the
8  accompanying Proposed Order.

10  Respectfully submitted this 26th day of December, 2024.

11  */s/ Ari Karen*  
Ari Karen (*pro hac vice forthcoming*)  
Lucas Markowitz (*phv forthcoming*)  
Alexander Rogosa (*phv forthcoming*)  
MITCHELL SANDLER PLLC  
2020 K Street NW, Suite 760  
Washington, DC 20006  
Office: (202) 886-5265  
E-mail: akaren@mitchellsandler.com  
lmarkowitz@mitchellsandler.com  
arogosa@mitchellsandler.com  

*/s/ Mark Johnson*  
Mark Johnson (SBN 135288)  
Offit Kurman, P.A.  
445 S. Figueroa Street  
Los Angeles, CA 90071  
Office: (213) 629-5700  
Facsimile: (213) 624-9441  
mark.johnson@offitkurman.com  

**ATTORNEYS FOR PLAINTIFF**

# CERTIFICATE OF SERVICE

Plaintiff's counsel hereby certifies that on the date specified below, I caused the foregoing Plaintiff's Motion for Temporary Restraining Order, Preliminary Injunction, and Expedited Discovery, along with the accompanying Memorandum of Points and Authorities, exhibits, and Proposed Order to be served upon Defendants at the below address via electronic mail and via USPS:

Better Mortgage Company
Registered Agent CT Corporation Systems
330 North Brand Blvd.
Suite 700
Glendale, CA 91203
C/O Jeremy Suiter, Esq.
Stradling Yocca Carlson & Rauth LLP
660 Newport Center Drive, Suite 1600
Newport Beach, CA 92660
jsuiter@stradlinglaw.com

Daniel Horanyi
1119 Vega Way
San Marcos, CA 92078
dannyhoranyi@gmail.com
C/O Jason Murtagh
Buchanan Ingersoll & Rooney
One America Plaza
600 West Broadway, Suite 1100
San Diego, CA 92101
jason.murtagh@bipc.com

Lauren Havins
1721 Dayton Drive
Lemon Grove, CA 91945
laurenhavins@gmail.com
C/O Jason Murtagh
Jason.murtagh@bipc.com

Jeanette Lee
17 Cuervo Drive
Aliso Viejo, CA 92656
jemm8081@yahoo.com
C/O Jason Murtagh
jason.murtagh@bipc.com

Respectfully submitted this 26th day of December, 2024.

*/s/ Ari Karen*
Ari Karen (*pro hac vice forthcoming*)
Lucas Markowitz (*phv forthcoming*)
Alexander Rogosa (*phv forthcoming*)
MITCHELL SANDLER PLLC
2020 K Street NW, Suite 760
Washington, DC 20006
Office: (202) 886-5265
E-mail:     akaren@mitchellsandler.com
lmarkowitz@mitchellsandler.com
arogosa@mitchellsandler.com

*/s/ Mark Johnson*
Mark Johnson (SBN 135288)
Offit Kurman, P.A.
445 S. Figueroa Street
Los Angeles, CA 90071
Office: (213) 629-5700
Facsimile: (213) 624-9441
mark.johnson@offitkurman.com

**ATTORNEYS FOR PLAINTIFF**