# **EXHIBIT 2**

| | |
|---|---|
| **From:** | Suiter, Jeremy |
| **To:** | Alexander Rogosa; Lucas Markowitz |
| **Cc:** | Johnson, Mark; Jason E. Murtagh; Luis Calvo; Fradin, Evan; Struck, Janet |
| **Subject:** | RE: Luminate Home Loans, Inc. v. Better Mortgage Co., et al., Case 3:24-cv-02251 |
| **Date:** | Friday, December 20, 2024 3:09:34 PM |
| **Attachments:** | image001.png<br>image002.png<br>image003.png<br>image004.png |

Lucas and Alex:

Set forth below are Better's proposed terms for an agreement to postpone any motion for injunctive relief by Luminate pending completion of mediation. Jason and I are available on Tuesday, Dec 24 at 9:00 am PT to discuss. If that time works for you, please send a Teams invite. Thank you.

1. The parties will agree to complete a remote mediation conducted within the next 30 days, or as soon as practicable thereafter, by a retired federal judge in California, with each side to bear the cost 50/50. Better proposes the following mediators: Hon. Bernard G. Skomal, Hon. Andrew J. Guilford, and Hon. Margaret A. Nagle.
2. Luminate will agree not to file an application for injunctive relief until after the mediation ends, as defined by California Evidence Code section 1125 (the "End of the Mediation"). Better will agree not to assert as a defense to any such application any delay by Luminate in filing that application for the period from the date of this agreement until the End of the Mediation.
3. Without conceding that any such information constitutes a trade secret or other confidential information of Luminate, Better would continue to preserve, collect, and segregate all data and documents ("Data") that any Neo personnel may have obtained while working at Luminate and subsequently provided to Better. This process will continue until at least the End of the Mediation. If Better decides to discontinue this practice after the End of the Mediation, Better will provide written notice to Luminate at least three business days before doing so.
4. Without conceding that any such information constitutes a trade secret or other confidential information of Luminate, should Better engage any additional Neo personnel who previously worked with Luminate, Better will advise such personnel that they may not provide to Better any Data that such personnel may have obtained while working at Luminate, and Better will require such personnel to confirm in writing that they have not done so. This practice will continue until at least the End of the Mediation. If Better decides to discontinue this practice after the End of the Mediation, Better will provide written notice to Luminate at least three business days before doing so.
5. Prior to the mediation, the parties will work together in good faith to coordinate Luminate's transfer to Better of the following assets/information belonging to Neo that are currently in Luminate's possession, custody, or control: (1) Neo's lease agreements and related information, (2) Neo's assets/funding, (3) Neo's web domain, email system, and related intellectual property, and (4) Neo's lists of employee names, titles, and salaries.



**Jeremy G. Suiter**
Partner and Deputy General Counsel
JSuiter@stradlinglaw.com

Stradling Yocca Carlson & Rauth LLP
660 Newport Center Drive, Suite 1600
Newport Beach, CA 92660
**D:** 949 725 4149 **M:** 949 287 2870
stradlinglaw.com | LinkedIn




CONFIDENTIALITY NOTICE
This message is intended only for the use of the individual or entity to which it is addressed, and may contain information that is privileged, confidential and exempt from disclosure under applicable law.  If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited.  If you have received this communication in error, please notify us immediately. Thank you.

---

**From:** Alexander Rogosa <arogosa@mitchellsandler.com>
**Sent:** Thursday, December 19, 2024 11:00 AM
**To:** Suiter, Jeremy <JSuiter@stradlinglaw.com>; Lucas Markowitz <lmarkowitz@mitchellsandler.com>
**Cc:** Johnson, Mark <mark.johnson@offitkurman.com>; Jason E. Murtagh <jason.murtagh@bipc.com>; Luis Calvo <luis.calvo@bipc.com>; Fradin, Evan <EFradin@stradlinglaw.com>; Struck, Janet <JStruck@stradlinglaw.com>
**Subject:** RE: Luminate Home Loans, Inc. v. Better Mortgage Co., et al., Case 3:24-cv-02251

Good afternoon,

Lucas and I met with Evan earlier today as scheduled as we thought that would still be productive for the group. We understand your request to pick this back up on Tuesday though after you've spoken with the client and presented the formal proposal tomorrow and assume that's why you and Jason did not join.

Please let us know when you are available on Tuesday. Obviously earlier in the day is preferable as it's Christmas eve and we're on east coast time. We'll look out for your proposed terms regarding the private agreement Better is willing to offer regarding its steps to segregate and prevent use of Luminate's information since the company will not consent to a stipulated injunction even if we held it in abeyance pending mediation and referenced that the Defendants continue to deny liability. We will look to go over that

with our client asap. As we've discussed previously and reviewed again with Evan, we appreciate your confirming that if we do need to seek the court's intervention you would not raise delay in requesting injunctive relief as a defense since we've been engaging in good faith to try to manage these issues with you without getting the court involved.

Jason, please also confirm your receipt of the service waiver notice and provide back your signed acknowledgment so we can get that on file with the court.

Best,

### Alexander Rogosa

Counsel

arogosa@mitchellsandler.com

(o) (202) 886-5294



2020 K Street, NW, Suite 760

Washington, DC 20006

202-886-5260

info@mitchellsandler.com

***WE HAVE MOVED.**  Please note our new address:  2020 K Street NW, Suite 760, Washington, DC 20006.*

*The content of this email is confidential and intended only for the recipient specified in the message. It is strictly forbidden to share any part of this message with any third party, without a written consent of the sender. If you received this message by mistake, please reply to this message and follow with its deletion, so that we can ensure such a mistake does not occur in the future.*

**From:** Suiter, Jeremy <JSuiter@stradlinglaw.com>
**Sent:** Wednesday, December 18, 2024 6:09 PM
**To:** Lucas Markowitz <lmarkowitz@mitchellsandler.com>; Alexander Rogosa <arogosa@mitchellsandler.com>
**Cc:** Johnson, Mark <mark.johnson@offitkurman.com>; Jason E. Murtagh <jason.murtagh@bipc.com>; Luis Calvo <luis.calvo@bipc.com>; Fradin, Evan <EFradin@stradlinglaw.com>; Struck, Janet <JStruck@stradlinglaw.com>
**Subject:** RE: Luminate Home Loans, Inc. v. Better Mortgage Co., et al., Case 3:24-cv-02251

Lucas and Alex,

I'm talking with Better tomorrow to discuss its proposal and possible mediators. I anticipate sending a written proposal by Friday. I suggest we postpone our call tomorrow until next week so Luminate has time to consider that proposal. I'm generally available next Tuesday morning. Let me know it that works for you both.

Thanks,



**Jeremy G. Suiter**
Partner and Deputy General Counsel
JSuiter@stradlinglaw.com

Stradling Yocca Carlson & Rauth LLP
660 Newport Center Drive, Suite 1600
Newport Beach, CA 92660
**D:** 949 725 4149 **M:** 949 287 2870
stradlinglaw.com | LinkedIn




CONFIDENTIALITY NOTICE
This message is intended only for the use of the individual or entity to which it is addressed, and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately. Thank you.

---

**From:** Alexander Rogosa <arogosa@mitchellsandler.com>
**Sent:** Wednesday, December 18, 2024 8:55 AM
**To:** Jason E. Murtagh <jason.murtagh@bipc.com>; Lucas Markowitz <lmarkowitz@mitchellsandler.com>; Luis Calvo <luis.calvo@bipc.com>; Suiter, Jeremy <JSuiter@stradlinglaw.com>
**Cc:** Fradin, Evan <EFradin@stradlinglaw.com>; Johnson, Mark <mark.johnson@offitkurman.com>
**Subject:** RE: Luminate Home Loans, Inc. v. Better Mortgage Co., et al., Case 3:24-cv-02251

Good morning,

Jeremy, could you please provide a written proposal so we can present it to our client for consideration in lieu of injunctive relief from the Court? We'd like them to see what efforts Better is affirming it intends to make regarding the segregation and prevention for misuse of any "alleged" Luminate confidential information as well as the instructions and acknowledgement for incoming employees.

We'd appreciate it if you and Jason also identify any recommendations you may have on potential mediators so we can consider those as well.

Best,

## Alexander Rogosa

Counsel

arogosa@mitchellsandler.com

(o) (202) 886-5294



2020 K Street, NW, Suite 760

Washington, DC 20006

202-886-5260

info@mitchellsandler.com


***WE HAVE MOVED.**  Please note our new address:  2020 K Street NW, Suite 760, Washington, DC 20006.

---

The content of this email is confidential and intended only for the recipient specified in the message. It is strictly forbidden to share any part of this message with any third party, without a written consent of the sender. If you received this message by mistake, please reply to this message and follow with its deletion, so that we can ensure such a mistake does not occur in the future.

---

**From:** Alexander Rogosa
**Sent:** Monday, December 16, 2024 2:35 PM
**To:** Jason E. Murtagh <jason.murtagh@bipc.com>; Lucas Markowitz <lmarkowitz@mitchellsandler.com>; Luis Calvo <luis.calvo@bipc.com>
**Cc:** Suiter, Jeremy <jsuiter@stradlinglaw.com>; Fradin, Evan <efradin@stradlinglaw.com>; Johnson, Mark <mark.johnson@offitkurman.com>
**Subject:** RE: Luminate Home Loans, Inc. v. Better Mortgage Co., et al., Case 3:24-cv-02251

Please find attached the notice and waiver of service letter for each of Mr. Horanyi, Ms. Havins, and Ms. Lee, along with two copies each of their responsive waiver forms for your completion, copies of their summonses, the verified complaint, and the civil information sheet filed in this matter.

Given the size of the many exhibits included with the complaint and for the ease of your storage and access, we are making those available for you via the link below.

https://mitchellsandlerllc.box.com/s/83w9r320bcb160soyga4jbvhnyjhg1tf

For ease of communication, you are authorized to transmit the signed waiver forms back to us via email rather than through first class mail and we will take care of filing them with the court.

Please let us know if you have any questions or issues with proceeding as discussed.

Best,

### Alexander Rogosa

Counsel
arogosa@mitchellsandler.com
(o) (202) 886-5294



2020 K Street, NW, Suite 760
Washington, DC 20006
202-886-5260
info@mitchellsandler.com

***WE HAVE MOVED.**  Please note our new address:  2020 K Street NW, Suite 760, Washington, DC 20006.*

*The content of this email is confidential and intended only for the recipient specified in the message. It is strictly forbidden to share any part of this message with any third party, without a written consent of the sender. If you received this message by mistake, please reply to this message and follow with its deletion, so that we can ensure such a mistake does not occur in the future.*

**From:** Jason E. Murtagh <jason.murtagh@bipc.com>
**Sent:** Monday, December 16, 2024 1:00 PM
**To:** Lucas Markowitz <lmarkowitz@mitchellsandler.com>; Luis Calvo <luis.calvo@bipc.com>; Alexander Rogosa <arogosa@mitchellsandler.com>
**Cc:** Suiter, Jeremy <jsuiter@stradlinglaw.com>; Fradin, Evan <efradin@stradlinglaw.com>
**Subject:** RE: Luminate Home Loans, Inc. v. Better Mortgage Co., et al., Case 3:24-cv-02251

Thanks, Lucas.  I'll try to make the call – please send me an invite.

Regards,
Jason

---

**From:** Lucas Markowitz <lmarkowitz@mitchellsandler.com>
**Sent:** Friday, December 13, 2024 1:47 PM
**To:** Luis Calvo <luis.calvo@bipc.com>; Alexander Rogosa <arogosa@mitchellsandler.com>
**Cc:** Jason E. Murtagh <jason.murtagh@bipc.com>; Suiter, Jeremy <jsuiter@stradlinglaw.com>; Fradin, Evan <efradin@stradlinglaw.com>
**Subject:** RE: Luminate Home Loans, Inc. v. Better Mortgage Co., et al., Case 3:24-cv-02251

Luis & Jason:

Thanks for agreeing to accept service. My colleague, Alex, will send you AOS forms for your execution.

We have a call set for Monday at 3 pm EST with Better's counsel, Jeremy Suiter and his colleague, Evan. I am copying them here. Please let us know if you'd like to join that call to discuss the path forward.

Enjoy your weekend.

## LUCAS MARKOWITZ
Partner*
lmarkowitz@mitchellsandler.com
(o)  202-240-7142
(m) 973-886-3080



2020 K Street, Suite 760
Washington, DC 20006
202-886-5260
Info@mitchellsandler.com

---

*Licensed to practice in New York and New Jersey*
**Not licensed to practice in Washington, D.C.; working under the supervision of Ari Karen, Esq. pursuant to D.C. Bar Rule 49(c)(8).*

*The content of this email is confidential and intended for the recipient specified in this message only. Itis strictly forbidden to share any part of this message with any third party without written consent of the sender. If you received this message by*

*mistake, please reply to this message and follow with its deletion.*

---

**From:** Luis Calvo <luis.calvo@bipc.com>
**Sent:** Friday, December 13, 2024 4:39 PM
**To:** Lucas Markowitz <lmarkowitz@mitchellsandler.com>; Alexander Rogosa <arogosa@mitchellsandler.com>
**Cc:** Luis Calvo <luis.calvo@bipc.com>; Jason E. Murtagh <jason.murtagh@bipc.com>
**Subject:** Luminate Home Loans, Inc. v. Better Mortgage Co., et al., Case 3:24-cv-02251

> You don't often get email from luis.calvo@bipc.com. Learn why this is important

Counsel;

Please see the attached letter regarding the above-referenced matter.

### Luis F. Calvo
**Associate**

One America Plaza
600 West Broadway, Suite 1100
San Diego, CA 92101
619 346 7589 (o)
915 443 6151 (c)
luis.calvo@bipc.com

# Buchanan

vCard | Bio | BIPC.com | Twitter | LinkedIn

---

CONFIDENTIAL/PRIVILEGED INFORMATION: This e-mail message (including any attachments) is a private communication sent by a law firm and may contain confidential, legally privileged or protected information meant solely for the intended recipient. If you are not the intended recipient, you are hereby notified that any use, dissemination, distribution or copying of this communication is prohibited and may be unlawful. Please notify the sender immediately by replying to this message, then delete the e-mail and any attachments from your system.

---

CONFIDENTIAL/PRIVILEGED INFORMATION: This e-mail message (including any attachments) is a private communication sent by a law firm and may contain confidential, legally privileged or protected information meant solely for the intended recipient. If you are not the intended recipient, you are hereby notified that any use, dissemination, distribution or copying of this communication is prohibited and may be unlawful. Please notify the sender immediately by replying to this message, then delete the e-mail and any attachments from your system.

| | |
|---|---|
| **From:** | Suiter, Jeremy |
| **To:** | Alexander Rogosa; Lucas Markowitz |
| **Cc:** | Fradin, Evan; Struck, Janet |
| **Subject:** | RE: Luminate Home Loans Inc. v. Better Mortgage Co., S.D. Cal., Case No. 3:24-cv-2251-BAS-MSB |
| **Date:** | Friday, December 13, 2024 12:34:29 PM |
| **Attachments:** | image001.png image002.png image003.png |

Invite received, thank you.

I will confirm with client re service.



**Jeremy G. Suiter**
Partner and Deputy General Counsel
JSuiter@stradlinglaw.com

Stradling Yocca Carlson & Rauth LLP
660 Newport Center Drive, Suite 1600
Newport Beach, CA 92660
**D:** 949 725 4149 **M:** 949 287 2870
stradlinglaw.com | LinkedIn




CONFIDENTIALITY NOTICE
This message is intended only for the use of the individual or entity to which it is addressed, and may contain information that is privileged, confidential and exempt from disclosure under applicable law.  If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited.  If you have received this communication in error, please notify us immediately. Thank you.

**From:** Alexander Rogosa <arogosa@mitchellsandler.com>
**Sent:** Friday, December 13, 2024 7:53 AM
**To:** Lucas Markowitz <lmarkowitz@mitchellsandler.com>; Suiter, Jeremy <JSuiter@stradlinglaw.com>
**Cc:** Fradin, Evan <EFradin@stradlinglaw.com>; Struck, Janet <JStruck@stradlinglaw.com>
**Subject:** Re: Luminate Home Loans Inc. v. Better Mortgage Co., S.D. Cal., Case No. 3:24-cv-2251-BAS-MSB

Good morning,

You should have now received the link for the follow-up call we planned for today at 1 o'clock EST. We look forward to speaking with you further on this matter.

Would you also accept service on behalf of Better for the lawsuit? If so, please find attached a copy of the Summons, Complaint, and Civil Information sheet. I previously transmitted a link for copies of all the exhibits filed in this case but would be happy to retransmit as additional attachments if you would like.

Best,


**Alexander Rogosa**

Counsel

arogosa@mitchellsandler.com

(o) (202) 886-5294



2020 K Street, NW, Suite 760

Washington, DC 20006

202-886-5260

info@mitchellsandler.com


***WE HAVE MOVED.***  Please note our new address:  2020 K Street NW, Suite 760, Washington, DC 20006.

_____

*The content of this email is confidential and intended only for the recipient specified in the message. It is strictly forbidden to share any part of this message with any third party, without a written consent of the sender. If you received this message by mistake, please reply to this message and follow with its deletion, so that we can ensure such a mistake does not occur in the future.*

---

**From:** Lucas Markowitz <lmarkowitz@mitchellsandler.com>

**Sent:** Friday, December 13, 2024 5:55 AM
**To:** Suiter, Jeremy <JSuiter@stradlinglaw.com>; Alexander Rogosa <arogosa@mitchellsandler.com>
**Cc:** Fradin, Evan <EFradin@stradlinglaw.com>; Struck, Janet <JStruck@stradlinglaw.com>
**Subject:** Re: Luminate Home Loans Inc. v. Better Mortgage Co., S.D. Cal., Case No. 3:24-cv-2251-BAS-MSB

Confirmed and we will send an invite this morning.

Get Outlook for iOS

---

**From:** Suiter, Jeremy <JSuiter@stradlinglaw.com>
**Sent:** Thursday, December 12, 2024 7:23:21 PM
**To:** Alexander Rogosa <arogosa@mitchellsandler.com>
**Cc:** Lucas Markowitz <lmarkowitz@mitchellsandler.com>; Fradin, Evan <EFradin@stradlinglaw.com>; Struck, Janet <JStruck@stradlinglaw.com>
**Subject:** Re: Luminate Home Loans Inc. v. Better Mortgage Co., S.D. Cal., Case No. 3:24-cv-2251-BAS-MSB

Alexander,

Would you please confirm tomorrow's call time and send us the zoom info?

Thank you,
Jeremy

Sent from my iPhone

On Dec 10, 2024, at 1:58 PM, Alexander Rogosa <arogosa@mitchellsandler.com> wrote:

Good afternoon,

Formal service of the Complaint is still in progress, but for the sake of expediting this conversation, please use the below link for copies of the exhibits filed with the Complaint. This should assist your efforts in identifying and segregating material at issue in the dispute.

https://mitchellsandlerllc.box.com/s/83w9r320bcb160soyga4jbvhnyjhg1tf

Are you available tomorrow afternoon for a call regarding the terms of an injunction, sometime between 3:30 - 5 EST?

Best,

## Alexander Rogosa

Counsel

arogosa@mitchellsandler.com

(o) (202) 886-5294

<Outlook-Text Desc.png>

2020 K Street, NW, Suite 760

Washington, DC 20006

202-886-5260

info@mitchellsandler.com


***WE HAVE MOVED.*** *Please note our new address: 2020 K Street NW, Suite 760, Washington, DC 20006.*

_____

*The content of this email is confidential and intended only for the recipient specified in the message. It is strictly forbidden to share any part of this message with any third party, without a written consent of the sender. If you received this message by mistake, please reply to this message and follow with its deletion, so that we can ensure such a mistake does not occur in the future.*

---

**From:** Suiter, Jeremy <JSuiter@stradlinglaw.com>
**Sent:** Tuesday, December 10, 2024 4:14 PM
**To:** Lucas Markowitz <lmarkowitz@mitchellsandler.com>
**Cc:** Alexander Rogosa <arogosa@mitchellsandler.com>; Fradin, Evan <EFradin@stradlinglaw.com>; Struck, Janet <JStruck@stradlinglaw.com>
**Subject:** RE: Luminate Home Loans Inc. v. Better Mortgage Co., S.D. Cal., Case No. 3:24-cv-2251-BAS-MSB

> You don't often get email from jsuiter@stradlinglaw.com. Learn why this is important

Lucas:

I made no such acknowledgement. Any suggestion to the contrary is a misrepresentation of my letter and Better's position.

To be clear, it is Better's understanding that Neo believes in good faith that it owns the disputed information and that Luminate's claims to the contrary have no merit. Better is actively investigating that issue. Meanwhile, Better is collecting, preserving, and segregating such information while this dispute is pending. If you have documents or information that might assist Better's investigation, I encourage you to share it.

Given these facts, and the fact that your proposed injunction would violate CA law, Better does not intend to agree to that proposal or stop the transition of the Neo team. Nevertheless, in the interest of not burdening the Court with unnecessary motion practice, Better is willing to consider any reasonable proposal with more limited scope. Please feel free to call or email me with any such proposal.

Going forward, we will copy Mr. Rogosa per your request. In return, please also copy my associate, Evan Fradin (copied).

All rights and remedies are reserved.

**Jeremy G. Suiter**
Partner and Deputy General Counsel
JSuiter@stradlinglaw.com

Stradling Yocca Carlson & Rauth LLP
660 Newport Center Drive, Suite 1600
Newport Beach, CA 92660
**D:** 949 725 4149 **M:** 949 287 2870
stradlinglaw.com | LinkedIn

CONFIDENTIALITY NOTICE
This message is intended only for the use of the individual or entity to which it is addressed, and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately. Thank you.

---

**From:** Lucas Markowitz <lmarkowitz@mitchellsandler.com>
**Sent:** Tuesday, December 10, 2024 11:09 AM
**To:** Struck, Janet <JStruck@stradlinglaw.com>
**Cc:** Suiter, Jeremy <JSuiter@stradlinglaw.com>; Alexander Rogosa <arogosa@mitchellsandler.com>
**Subject:** RE: Luminate Home Loans Inc. v. Better Mortgage Co., S.D. Cal., Case No. 3:24-cv-2251-BAS-MSB

Jeremy:

Given your acknowledgment that Better is in possession of Luminate confidential information/trade secrets, is your client interested in negotiating a stipulated injunction

or are we filing for one?

Janet:

Can you please copy my colleague, Alex, going forward?

## LUCAS MARKOWITZ

Partner*
lmarkowitz@mitchellsandler.com
(o) 202-240-7142
(m) 973-886-3080

<image003.png>

2020 K Street, Suite 760
Washington, DC 20006
202-886-5260
Info@mitchellsandler.com

*Licensed to practice in New York and New Jersey
**Not licensed to practice in Washington, D.C.; working under the supervision of Ari Karen, Esq. pursuant to D.C. Bar Rule 49(c)(8).

The content of this email is confidential and intended for the recipient specified in this message only. It is strictly forbidden to share any part of this message with any third party without written consent of the sender. If you received this message by mistake, please reply to this message and follow with its deletion.

**From:** Struck, Janet <JStruck@stradlinglaw.com>
**Sent:** Tuesday, December 10, 2024 1:07 PM
**To:** Lucas Markowitz <lmarkowitz@mitchellsandler.com>
**Cc:** Suiter, Jeremy <JSuiter@stradlinglaw.com>
**Subject:** Luminate Home Loans Inc. v. Better Mortgage Co., S.D. Cal., Case No. 3:24-cv-2251-BAS-MSB

> You don't often get email from jstruck@stradlinglaw.com. Learn why this is important

Good morning,

This email and its attachment are being sent to you on behalf of Jeremy G. Suiter.

Thank you,

### Janet Struck
Litigation Assistant
JStruck@stradlinglaw.com

Stradling Yocca Carlson & Rauth LLP
660 Newport Center Dr. Suite 1600
Newport Beach, CA 92660

**D:** 949 725 4059
stradlinglaw.com | LinkedIn

—

CONFIDENTIALITY NOTICE
This message is intended only for the use of the individual or entity to which it is addressed, and may contain information that is privileged, confidential and exempt from disclosure under applicable law.  If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited.  If you have received this communication in error, please notify us immediately. Thank you.