# **EXHIBIT 3**

| 2024-10-25 13:35:20 | desktop-k3imkem | Eject | USB / Remova... | D | |
| 2024-10-25 13:34:32 | desktop-k3imkem | Write | USB / Remova... | d:\neo | ~$e note |