# **EXHIBIT 5**



**CONFIDENTIAL**

December 5, 2024

Sydney Lynn
7880 West Maule Avenue
Unit 1173
Las Vegas, NV 89113
Sydincolo1@gmail.com

<u>Via Email</u>

     RE:    **<u>CONTINUING OBLIGATIONS TO LHL</u>**

Dear Ms. Lynn:

    We have learned that you have begun working on behalf of Better Mortgage Co. ("Better"). Your employment with LHL has therefore been terminated on December 5, 2024 ("Separation Date"). We would like to thank you for your service at Luminate Home Loans ("LHL").

    This letter helps remind you of your continuing obligations to LHL following your separation of employment, which include certain obligations outlined in the LHL Handbook.

    First, you must return all company property. This includes, but is not limited to, any company devices *e.g.*, laptops, and all physical property, documents, files, electronic records or data, or records or materials of any sort pertaining to LHL's business. You are prohibited from downloading, copying or otherwise manipulating LHL property. A FedEx prepaid slip and box is being forwarded to your last known address. Please place all LHL property in the box and drop it at any FedEx store for shipping.

    Second, through your employment you had access to LHL's confidential and proprietary information. This information must remain confidential, and you cannot use or disclose it for the benefit of any other person, business or future employer.

    LHL is prepared to defend its rights and enforce your continuing obligations.

    If you have questions about these or any other post-employment obligations you owe to LHL, please contact Courtney Hoeffner.

                                    Very truly yours,

                                    */s/ Lucas Markowitz*
                                  Lucas Markowitz, Esq.
                                  Mitchell Sandler PLLC
                                  lmarkowitz@mitchellsandler.com
                                  2020 K Street NW, Suite 760
                                  Washington, DC 20006
                                  202-240-7142

**MITCHELL SANDLER LLC**
2020 K Street, NW
Suite 760
Washington, DC 20006
T. 202.886.5260

mitchellsandler.com