# EXHIBIT 6

| | |
|---|---|
| **From:** | Lucas Markowitz |
| **To:** | Sydney Lynn |
| **Cc:** | Alexander Rogosa |
| **Subject:** | Re: LHL Separation Letter |
| **Date:** | Tuesday, December 17, 2024 6:41:28 PM |

You're free to seek legal advice. I can't and won't give you legal advice. What I can tell you is that any data you took from Celebrity is not yours and never was. You were always an employee, you never owned anything. Everything that belonged to Celebrity now belongs to Luminate. Whether you misappropriated this data from Celebrity or not, it is not now and never was your data. We take your last communication as an affirmation that you plan on keeping this data, which is Luminate's. As a result, we are done communicating with you about it. As a result, Luminate has no choice but to sue you for, among other things, return of the flash drive. We will be instituting legal action against you at a time and place of our choosing.

If at any time you retain legal counsel, they should contact me immediately.

Get Outlook for iOS

---

**From:** Sydney Lynn <sydincolo1@gmail.com>
**Sent:** Tuesday, December 17, 2024 6:32:21 PM
**To:** Lucas Markowitz <lmarkowitz@mitchellsandler.com>
**Subject:** Re: LHL Separation Letter

Lucas:

I will confirm that I will ship the drive to the third party forensic analyst. I want to make my intention clear that I will only share this drive with the third party forensic analyst and no personal data can or will be shared with Luminate from this third party. It is clear that you are bullying me and not allowing me time to consult legal advice to understand my rights to my own data. How exactly have you tried to work with me? Based on your actions, I want to state my expectation on the data that will be returned to me. All personal data and anything created prior to starting with Luminate will be returned to me. All data that was owned by me prior to onboarding but was updated by me after onboarding will still be returned to me. Please confirm that this is accurate and I will send the device.

Sydney

On Tue, Dec 17, 2024 at 2:20 PM Lucas Markowitz <lmarkowitz@mitchellsandler.com> wrote:

> Sydney:
>
> This is not a negotiation. We tried to work with you. Either confirm you will ship the drive to the forensic analyst or we will take all actions available to us to get it back. You have two hours.
>
> Get Outlook for iOS
>
> ---
>
> **From:** Sydney Lynn <sydincolo1@gmail.com>
> **Sent:** Tuesday, December 17, 2024 4:48:20 PM
> **To:** Lucas Markowitz <lmarkowitz@mitchellsandler.com>

**Subject:** Re: LHL Separation Letter

Lucas:

Thank you for your proposed option. Will I have line of sight into what they decide to remove? For example, I had kept all my Celebrity Home Loans data on my Luminate computer for easy access and those docs were part of what I had backed up. That is my data from our previous company, so would want to ensure that items that may have been backed up from LHL computer, are still documents that would be considered my own and would remain on my drive. Please confirm, thank you.

Sydney

On Tue, Dec 17, 2024 at 9:11 AM Lucas Markowitz <lmarkowitz@mitchellsandler.com> wrote:

> Sydney:
>
> Unfortunately, you made the decision to comingle highly sensitive information, trade secrets and potentially consumer protected information with your personal information. We simply cannot allow that information to be in your hands. We propose that you send the flash drive to a third-party forensic discovery vendor. That vendor will hold your flash drive in trust and segregate the Company's information from yours and then return the flash drive to you. Please confirm if you will agree to that. We need a response by the end of the day today.
>
> **LUCAS MARKOWITZ**
>
> Partner*
>
> lmarkowitz@mitchellsandler.com
>
> (o)  202-240-7142
>
> (m) 973-886-3080
>
> 
>
> 2020 K Street, Suite 760
> Washington, DC 20006
>
> 202-886-5260
> Info@mitchellsandler.com

*Licensed to practice in New York and New Jersey*

**Not licensed to practice in Washington, D.C.; working under the supervision of Ari Karen, Esq. pursuant to D.C. Bar Rule 49(c)(8).*

*The content of this email is confidential and intended for the recipient specified in this message only. It is strictly forbidden to share any part of this message with any third party without written consent of the sender. If you received this message by mistake, please reply to this message and follow with its deletion.*

---

**From:** Sydney Lynn <sydincolo1@gmail.com>
**Sent:** Monday, December 16, 2024 3:36 PM
**To:** Lucas Markowitz <lmarkowitz@mitchellsandler.com>
**Cc:** Alexander Rogosa <arogosa@mitchellsandler.com>
**Subject:** Re: LHL Separation Letter

Hello,

I am writing to confirm that the computer will be shipped back today, as previously discussed.

As a follow-up to our prior conversation before Thanksgiving, I would like to reiterate that I had inquired about the necessity of legal representation, to which you had responded that I could engage legal counsel if I so wished.

I can also confirm that none of the information stored on the flash drive has been disseminated or shared with any third party or external entity. However, I must express concern regarding the contents of the flash drive, which contains 15 years' worth of personal data. I am not comfortable with any of this information being shared, and as such, I intend to seek legal counsel to explore my options for safeguarding my personal data. This may include working with your third-party service to selectively remove the files that were downloaded, or considering other legal avenues to ensure my personal data is adequately protected.

Given the time constraints and my ongoing efforts to secure legal representation, I am still in the process of obtaining counsel. Therefore, I will refrain from shipping the flash drive until we collectively have determined the most appropriate course of action to ensure the protection of my personal data.

Thank you for your understanding and cooperation.

Sydney

On Mon, Dec 16, 2024 at 8:23 AM Lucas Markowitz <lmarkowitz@mitchellsandler.com> wrote:

Sydney:

We will be expecting you to confirm when you have shipped the computer back. However, we need you to confirm our questions (below) about the flash drive and we need you to do that within in the next few hours. If we don't hear from you, we will take any and all actions necessary to protect our property with no further attempts to communicate with you about it.

### LUCAS MARKOWITZ

Partner*

lmarkowitz@mitchellsandler.com

(o)  202-240-7142

(m) 973-886-3080



2020 K Street, Suite 760
Washington, DC 20006

202-886-5260
Info@mitchellsandler.com

*Licensed to practice in New York and New Jersey

**Not licensed to practice in Washington, D.C.; working under the supervision of Ari Karen, Esq. pursuant to D.C. Bar Rule 49(c)(8).

The content of this email is confidential and intended for the recipient specified in this message only. It is strictly forbidden to share any part of this message with any third party without written consent of the sender. If you received this message by mistake, please reply to this message and follow with its deletion.

**From:** Lucas Markowitz
**Sent:** Friday, December 13, 2024 12:11 PM
**To:** 'Sydney Lynn' <sydincolo1@gmail.com>; Alexander Rogosa <arogosa@mitchellsandler.com>
**Subject:** RE: LHL Separation Letter

Sydney:

Thank you for your cooperation. However, it is not just the computer that must be returned. It is the flash drive as well. Can you confirm you will be sending the flash drive back as well?

Separately, can you confirm that none of the information on the flash drive was disseminated to any other person or entity?

We will monitor the shipping notifications to confirm on Monday.

# LUCAS MARKOWITZ

Partner*

lmarkowitz@mitchellsandler.com

(o)  202-240-7142

(m) 973-886-3080



2020 K Street, Suite 760
Washington, DC 20006

202-886-5260

Info@mitchellsandler.com

*Licensed to practice in New York and New Jersey

**Not licensed to practice in Washington, D.C.; working under the supervision of Ari Karen, Esq. pursuant to D.C. Bar Rule 49(c)(8).

*The content of this email is confidential and intended for the recipient specified in this message only. Itis strictly forbidden to share any part of this message with any third party without written consent of the sender. If you received this message by mistake, please reply to this message and follow with its deletion.*

**From:** Sydney Lynn <sydincolo1@gmail.com>
**Sent:** Friday, December 13, 2024 12:07 PM
**To:** Alexander Rogosa <arogosa@mitchellsandler.com>
**Cc:** Lucas Markowitz <lmarkowitz@mitchellsandler.com>
**Subject:** Re: LHL Separation Letter

Good morning,

I have been out of town and unavailable to return my company laptop but will be returning home tomorrow. I will get it shipped out by Monday, December 16th.

Thank you,

Sydney

On Thu, Dec 12, 2024 at 5:37 PM Alexander Rogosa <arogosa@mitchellsandler.com> wrote:

> Hello Ms. Lynn,
>
> We are reaching out because the prepaid shipping information Luminate provided for

you to send back the company's material shows you have not yet done so. Be advised you must immediately return the flash drive you illegally downloaded Luminate's confidential information onto, as well as the work laptop Luminate provided for you during your employment. This must be done within the next 24 hours to avoid legal process as we are aware of the serious and sensitive nature of the material you are withholding. Your continued illegal possession of this information risks not only civil liability for you personally but criminal penalties as well.

Please confirm your receipt of this message and that you are taking the necessary responsive action.

### Alexander Rogosa

Counsel
arogosa@mitchellsandler.com
(o) (202) 886-5294
2020 K Street, NW, Suite 760
Washington, DC 20006
202-886-5260
info@mitchellsandler.com

***WE HAVE MOVED.**  Please note our new address:  2020 K Street NW, Suite 760, Washington, DC 20006.*

*The content of this email is confidential and intended only for the recipient specified in the message. It is strictly forbidden to share any part of this message with any third party, without a written consent of the sender. If you received this message by mistake, please reply to this message and follow with its deletion, so that we can ensure such a mistake does not occur in the future.*