JASON E. MURTAGH (SBN 294830)
jason.murtagh@bipc.com
BUCHANAN INGERSOLL & ROONEY LLP
600 West Broadway, Suite 1100
San Diego, CA  92101
Telephone:  619 239 8700
Fax:          619 702 3898

Attorney for Defendants
Daniel Horanyi, Jeanette Lee and Lauren Havins

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

### SAN DIEGO

| | |
|---|---|
| LUMINATE HOME LOANS, INC., | Case No.: 3:24-cv-02251-BAS-MSB |
| Plaintiff, | |
| vs. | **DECLARATION OF JASON E. MURTAGH IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION AND EXPEDITED DISCOVERY** |
| BETTER MORTGAGE CO., DANIEL HORANYI, JEANETTE LEE, & LAUREN HAVINS, | |
| Defendants. | |
| | Complaint Filed:  December 2, 2024 |

I, JASON E. MURTAGH, hereby declare and state:

1.    I am an attorney with the law firm of Buchanan, Ingersoll, & Rooney, LLP, and am one of the attorneys responsible for representing Defendants Daniel Horanyi, Jeanette Lee and Lauren Havins[1] ("Individual Defendants") in the above-captioned action. I am over the age of 18. As an attorney of the firm, I am familiar with

---

[1] Having first denied having an arbitration agreement with her, Luminate now has dismissed named defendant Lauren Havins from this action because of the existence of an arbitration agreement.  ECF No. 12.  Luminate has not instituted an arbitration and apparently no longer seeks any emergency relief against her.

the office's filing and record-keeping procedures. I have personal knowledge of the matters stated in this declaration by virtue of my representation of the Individual Defendants in this action. If asked to testify as a witness, I could and would competently testify to the following facts:

2.      All attached exhibits are true and correct copies of the documents contained therein.

3.      Since December 13, 2024, when my firm was engaged, the Individual Defendants have communicated with Plaintiff's counsel to cooperate and coordinate the preservation and segregation of Plaintiff's alleged "trade secrets." This data preservation took place by data recovery vendors, who have access to these materials pending the resolution of this action.  Attached as **Exhibit 1** is an email chain from December 13, 2024 through December 26, 2024 between my firm, Plaintiff's counsel and counsel for Better Mortgage Co. ("Better").

4.      Through those email discussions, the Individual Defendants and Defendant Better have maintained transparency to address Luminate's concerns and renders injunctive relief unnecessary.

5.      Specifically, Defendants proposed an agreement to postpone any motion for injunctive relief by Luminate pending a mediated resolution and committed to working in good faith to preserving and segregating relevant data and ensuring that any newly engaged NEO personnel do not share confidential information obtained from Luminate. *See* **Exhibit 1**.

5.      The Defendants have also preserved and segregated data on a hard drive owned by Sydney Lynn, whom my firm also represents. Luminate filed a separate action against Ms. Lynn in the United States District Court for the District of Nevada, entitled Luminate Home Loans, Inc. v. Sydney Lynn, Case No. 2:24-cv-2403-RFB-BNW (D. Nev.). Attached as **Exhibit 2** is an email chain from December 23, 2024 through January 6, 2025 between my firm, Plaintiff's counsel, and counsel for Better Mortgage Co. ("Better").

DECLARATION OF JASON E. MURTAGH
CASE NO.: 24-CV-2251-BAS-MSB

6.    In those communications, I told Plaintiff's counsel that my firm's forensics expert has confirmed that no files on the drive have been accessed since before Ms. Lynn's termination. We further committed that the drive will remain with my legal team until this matter is resolved, or with advance notice to Luminate so that Luminate could seek relief. *See* **Exhibit 2**.

7.    Mr. Horanyi has also asked Luminate to dismiss its claims and application for injunctive relief against Mr. Horanyi based on his Employment Agreement (attached to Luminate's Complaint at ECF No. 1-4). In that Agreement, Luminate required Mr. Horanyi to agree to arbitrate any claims related to injunctive relief. The parties conferred via video on January 8, 2025. Following these discussions, Luminate maintained its refusal to dismiss its claims and injunctive relief relating to Mr. Horanyi. Attached as **Exhibit 3** is an email chain from December 30, 2024 through January 10, 2025 between my firm, Plaintiff's counsel and counsel for Better Mortgage Co. ("Better").

8.    Luminate filed an updated Statement of Information with the California Secretary of State wherein it made two notable representations. First, it stated that it had no offices in the State of California. Second, it declared that its "Type of Business" was "dealing in gold and silver bullion," despite its 2023 Statement of Information categorizing its business as a "Mortgage Lender." Luminate provided no explanation for this significant shift in its business classification. Consequently, these representations to the Secretary of State appear to be either false or inconsistent with its claims in this action that it intended to function as a mortgage lender. Attached are copies of Luminate's 2023 and 2024 Statements of Information filed with the California Secretary of State as **Exhibits 4** and **Exhibits 5** respectively.

9.    While Luminate claims that Ms. Lee solicited employees, it fails to provide or cite to any employment agreement that she might have signed, despite the fact that her counsel has repeatedly requested her personnel file.

10.    Luminate has refused to produce the personnel files for any of the

3

DECLARATION OF JASON E. MURTAGH

CASE NO.: 24-CV-2251-BAS-MSB

1  individual defendants despite repeated requests.

2      10.    In December 2022, Luminate issued a press release heralding the

3  relationship with NEO. *See* **Exhibit 6.**

4      I declare under penalty of perjury under the laws of the State of California and

5  the United States of America that the foregoing is true and correct.

6      Executed on January 10, 2025, at San Diego, California.

7

8  _____

9      JASON E. MURTAGH

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DECLARATION OF JASON E. MURTAGH

CASE NO.: 24-CV-2251-BAS-MSB

# EXHIBIT 1

| | |
|---|---|
| **From:** | Alexander Rogosa <arogosa@mitchellsandler.com> |
| **Sent:** | Thursday, December 26, 2024 1:33 PM |
| **To:** | Suiter, Jeremy; Lucas Markowitz |
| **Cc:** | Mark Johnson; Jason E. Murtagh; Luis Calvo; Fradin, Evan; Struck, Janet |
| **Subject:** | RE: Luminate Home Loans, Inc. v. Better Mortgage Co., et al., Case 3:24-cv-02251 |
| **Attachments:** | 2024-12-26 Motion for TRO.pdf; Luminate - TRO Memorandum.pdf; Ex. A - Asset Purchase Agreement.pdf; Ex. B - Declaration of Lucas Markowitz.pdf; Ex. C - 10.25.24 - Screenshot - EE list and salary and Teams chat.pdf; Ex. D - Screenshot Teams Chat - Expenses for Dallas and NY.pdf; Decl. Ex. 1 - Notice of Claim and Spoliation Letter to Better.pdf; Decl. Ex. 2 - Email Exchange Between Counsel.pdf; Decl. Ex. 3 - External Drive Download Record.pdf; Decl. Ex. 4 - Flash Drive Contents.pdf; Decl. Ex. 5 - LHL Separation Letter to Sydney Lynn.pdf; Decl. Ex. 6 - Email Exchange with Ms. Lynn Re. Flash Drive.pdf; TRO Proposed Order.docx |

Please find a copy of the TRO Motion and accompanying documents which were accepted for filing by the Court today. Please advise if we should also mail copies to each of your clients directly, as intended, since you have not recorded appearances on behalf of them with the Court yet.

**Alexander Rogosa**
Counsel
arogosa@mitchellsandler.com
(o) (202) 886-5294



2020 K Street, NW, Suite 760
Washington, DC 20006
202-886-5260
info@mitchellsandler.com

*WE HAVE MOVED.  Please note our new address:  2020 K Street NW, Suite 760, Washington, DC 20006.*

*The content of this email is confidential and intended only for the recipient specified in the message. It is strictly forbidden to share any part of this message with any third party, without a written consent of the sender. If you received this message by mistake, please reply to this message and follow with its deletion, so that we can ensure such a mistake does not occur in the future.*

**From:** Suiter, Jeremy <JSuiter@stradlinglaw.com>
**Sent:** Thursday, December 26, 2024 4:24 PM
**To:** Lucas Markowitz <lmarkowitz@mitchellsandler.com>
**Cc:** Alexander Rogosa <arogosa@mitchellsandler.com>; Mark Johnson <mark.johnson@offitkurman.com>; Jason E. Murtagh <jason.murtagh@bipc.com>; Luis Calvo <luis.calvo@bipc.com>; Fradin, Evan <EFradin@stradlinglaw.com>; Struck, Janet <JStruck@stradlinglaw.com>
**Subject:** Re: Luminate Home Loans, Inc. v. Better Mortgage Co., et al., Case 3:24-cv-02251

I was unaware that Luminate had filed TRO papers. As stated previously, Better's goal was to mediate rather than litigate, but not both. Luminate knew this, but elected to litigate anyway. Accordingly, Better will not proceed with mediation. I will send a preservation demand for Mr. Reuter shortly. Thank you.


Sent from my iPhone

On Dec 26, 2024, at 11:32 AM, Lucas Markowitz <lmarkowitz@mitchellsandler.com> wrote:


We filed it Tuesday. For some reason one of the exhibits was rejected by ecf. We sorted it out with the clerk and we are refilling today. I plan on getting confirmation for Jan 10 by latest tomorrow. You can send a preservation letter to me.

Get Outlook for iOS

**From:** Suiter, Jeremy <JSuiter@stradlinglaw.com>
**Sent:** Thursday, December 26, 2024 2:29:19 PM
**To:** Lucas Markowitz <lmarkowitz@mitchellsandler.com>
**Cc:** Alexander Rogosa <arogosa@mitchellsandler.com>; Mark Johnson <mark.johnson@offitkurman.com>; Jason E. Murtagh <jason.murtagh@bipc.com>; Luis Calvo <luis.calvo@bipc.com>; Fradin, Evan <EFradin@stradlinglaw.com>; Struck, Janet <JStruck@stradlinglaw.com>
**Subject:** Re: Luminate Home Loans, Inc. v. Better Mortgage Co., et al., Case 3:24-cv-02251

Lucas,

To be clear, it was Luminate that announced its intent to file a TRO in the midst of settlement discussions, and that decision was 100% on Luminate. Are you now saying that Luminate does not intend to file a TRO? If so (unless I missed it), I believe I am awaiting your confirmation that you and your client are available Jan 10 for mediation.

As for Mr. Reuter, I intend to send a preservation demand for him personally, and I need to know if I should address it to you, to him, or someone else. Let me know.

Thank you,
Jeremy

Sent from my iPhone

On Dec 25, 2024, at 3:58 AM, Lucas Markowitz <lmarkowitz@mitchellsandler.com> wrote:


Morning, Jeremy:

We plan to mediate. Cancelling the mediation will 100% be your decision. As for Mr. Reuter, once you have a pleading, I can discuss service, though I am not sure it will be a cross claim.

Get Outlook for iOS

**From:** Suiter, Jeremy <JSuiter@stradlinglaw.com>
**Sent:** Tuesday, December 24, 2024 7:03:21 PM
**To:** Lucas Markowitz <lmarkowitz@mitchellsandler.com>; Alexander Rogosa <arogosa@mitchellsandler.com>
**Cc:** Mark Johnson <mark.johnson@offitkurman.com>; Jason E. Murtagh <jason.murtagh@bipc.com>; Luis Calvo <luis.calvo@bipc.com>; Fradin, Evan <EFradin@stradlinglaw.com>; Struck, Janet <JStruck@stradlinglaw.com>
**Subject:** Re: Luminate Home Loans, Inc. v. Better Mortgage Co., et al., Case 3:24-cv-02251

Lucas,

As a follow up to my letter today, in the event that Luminate forces Better to litigate rather than mediate, please advise whether your firm will represent Mr. Reuter for purposes of Better's cross-claims against him personally, and, if so, whether you are authorized to accept service on his behalf. Thank you.

Happy holidays,
Jeremy


On Dec 24, 2024, at 8:40 AM, Suiter, Jeremy <JSuiter@stradlinglaw.com> wrote:


Lucas, please see the attached letter.

<image001.png>
**Jeremy G. Suiter**
Partner and Deputy General Counsel
JSuiter@stradlinglaw.com

Stradling Yocca Carlson & Rauth LLP
660 Newport Center Drive, Suite 1600
Newport Beach, CA 92660
**D:** 949 725 4149 **M:** 949 287 2870
stradlinglaw.com | LinkedIn

<image002.png>

CONFIDENTIALITY NOTICE
This message is intended only for the use of the individual or entity to which it is addressed, and may contain information that is privileged, confidential and exempt from disclosure under applicable law.  If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited.  If you have received this communication in error, please notify us immediately. Thank you.

**From:** Lucas Markowitz <lmarkowitz@mitchellsandler.com>
**Sent:** Monday, December 23, 2024 6:44 PM
**To:** Suiter, Jeremy <JSuiter@stradlinglaw.com>; Alexander Rogosa <arogosa@mitchellsandler.com>
**Cc:** Johnson, Mark <mark.johnson@offitkurman.com>; Jason E. Murtagh <jason.murtagh@bipc.com>; Luis Calvo <luis.calvo@bipc.com>; Fradin, Evan <EFradin@stradlinglaw.com>; Struck, Janet <JStruck@stradlinglaw.com>
**Subject:** RE: Luminate Home Loans, Inc. v. Better Mortgage Co., et al., Case 3:24-cv-02251

Jeremy:

There have been a few developments. First, see the attached lawsuit and exhibits we filed today against Sydney Lynn. I have sent these over to Jason already. Second, tomorrow we will be filing our TRO papers in this case. I want to assure you that we are not interested in ruining anyone's holiday.  Thus, we tried to reserve a hearing date of 1/17 dependent in part on the assurances you made during our calls. I am still

confirming that January 10th works for our client. We hope we can resolve everything at or before the mediation and a hearing on the injunction will not be necessary. All that said, I don't think we need to have a call tomorrow unless there is something new on your end.


**LUCAS MARKOWITZ**
Partner*
lmarkowitz@mitchellsandler.com
(o)  202-240-7142
(m) 973-886-3080
*<image003.png>*


2020 K Street, Suite 760
Washington, DC 20006
202-886-5260
Info@mitchellsandler.com

---

*Licensed to practice in New York and New Jersey
**Not licensed to practice in Washington, D.C.; working under the supervision of Ari Karen, Esq. pursuant to D.C. Bar Rule 49(c)(8).*

*The content of this email is confidential and intended for the recipient specified in this message only. Itis strictly forbidden to share any part of this message with any third party without written consent of the sender. If you received this message by mistake, please reply to this message and follow with its deletion.*

---

**From:** Suiter, Jeremy <JSuiter@stradlinglaw.com>
**Sent:** Monday, December 23, 2024 5:42 PM
**To:** Lucas Markowitz <lmarkowitz@mitchellsandler.com>; Alexander Rogosa <arogosa@mitchellsandler.com>
**Cc:** Johnson, Mark <mark.johnson@offitkurman.com>; Jason E. Murtagh <jason.murtagh@bipc.com>; Luis Calvo <luis.calvo@bipc.com>; Fradin, Evan <EFradin@stradlinglaw.com>; Struck, Janet <JStruck@stradlinglaw.com>
**Subject:** RE: Luminate Home Loans, Inc. v. Better Mortgage Co., et al., Case 3:24-cv-02251

Lucas/Alexander:

Jason and I had previously proposed tomorrow, Dec. 24, at 9 am PT / noon ET for our next group call, but I don't see a Teams invite or anything on calendar. Is that call still going forward?

<image001.png>
**Jeremy G. Suiter**
Partner and Deputy General Counsel
JSuiter@stradlinglaw.com

Stradling Yocca Carlson & Rauth LLP
660 Newport Center Drive, Suite 1600
Newport Beach, CA 92660
**D:** 949 725 4149 **M:** 949 287 2870
stradlinglaw.com | LinkedIn

<image002.png>

CONFIDENTIALITY NOTICE
This message is intended only for the use of the individual or entity to which it is addressed, and may contain information that is privileged, confidential and exempt from disclosure under applicable law.  If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited.  If you have received this communication in error, please notify us immediately. Thank you.

**From:** Lucas Markowitz <lmarkowitz@mitchellsandler.com>
**Sent:** Monday, December 23, 2024 6:03 AM

**To:** Suiter, Jeremy <JSuiter@stradlinglaw.com>; Alexander Rogosa <arogosa@mitchellsandler.com>
**Cc:** Johnson, Mark <mark.johnson@offitkurman.com>; Jason E. Murtagh <jason.murtagh@bipc.com>; Luis Calvo <luis.calvo@bipc.com>; Fradin, Evan <EFradin@stradlinglaw.com>; Struck, Janet <JStruck@stradlinglaw.com>
**Subject:** RE: Luminate Home Loans, Inc. v. Better Mortgage Co., et al., Case 3:24-cv-02251

Morning, all:

We are still discussing the potential private agreement internally, but I am not hopeful that we can avoid injunction practice. I will be able to confirm later today. If we are forced to file, we will not insist on briefing over the holidays. That said, we are still interested in pursuing an expedited mediation and we will agree to Andrew Guilford. We will reach out to his office today and copy you to get his availability.

Happy Holidays to everyone.


## LUCAS MARKOWITZ
Partner*
lmarkowitz@mitchellsandler.com
(o)  202-240-7142
(m) 973-886-3080
*<image003.png>*

2020 K Street, Suite 760
Washington, DC 20006
202-886-5260
Info@mitchellsandler.com

*Licensed to practice in New York and New Jersey
**Not licensed to practice in Washington, D.C.; working under the supervision of Ari Karen, Esq. pursuant to D.C. Bar Rule 49(c)(8).*

*The content of this email is confidential and intended for the recipient specified in this message only. Itis strictly forbidden to share any part of this message with any third party without written consent of the sender. If you received this message by mistake, please reply to this message and follow with its deletion.*

**From:** Suiter, Jeremy <JSuiter@stradlinglaw.com>
**Sent:** Friday, December 20, 2024 3:09 PM
**To:** Alexander Rogosa <arogosa@mitchellsandler.com>; Lucas Markowitz <lmarkowitz@mitchellsandler.com>
**Cc:** Johnson, Mark <mark.johnson@offitkurman.com>; Jason E. Murtagh <jason.murtagh@bipc.com>; Luis Calvo <luis.calvo@bipc.com>; Fradin, Evan <EFradin@stradlinglaw.com>; Struck, Janet <JStruck@stradlinglaw.com>
**Subject:** RE: Luminate Home Loans, Inc. v. Better Mortgage Co., et al., Case 3:24-cv-02251

Lucas and Alex:

Set forth below are Better's proposed terms for an agreement to postpone any motion for injunctive relief by Luminate pending completion of mediation. Jason and I are available on Tuesday, Dec 24 at 9:00 am PT to discuss. If that time works for you, please send a Teams invite. Thank you.

1. The parties will agree to complete a remote mediation conducted within the next 30 days, or as soon as practicable thereafter, by a retired federal judge in California, with each side to bear the cost 50/50. Better proposes the following mediators: Hon. Bernard G. Skomal, Hon. Andrew J. Guilford, and Hon. Margaret A. Nagle.
2. Luminate will agree not to file an application for injunctive relief until after the mediation ends, as defined by California Evidence Code section 1125 (the "End of the Mediation"). Better will agree not to assert as a defense

to any such application any delay by Luminate in filing that application for the period from the date of this agreement until the End of the Mediation.

3. Without conceding that any such information constitutes a trade secret or other confidential information of Luminate, Better would continue to preserve, collect, and segregate all data and documents ("Data") that any Neo personnel may have obtained while working at Luminate and subsequently provided to Better. This process will continue until at least the End of the Mediation. If Better decides to discontinue this practice after the End of the Mediation, Better will provide written notice to Luminate at least three business days before doing so.

4. Without conceding that any such information constitutes a trade secret or other confidential information of Luminate, should Better engage any additional Neo personnel who previously worked with Luminate, Better will advise such personnel that they may not provide to Better any Data that such personnel may have obtained while working at Luminate, and Better will require such personnel to confirm in writing that they have not done so. This practice will continue until at least the End of the Mediation. If Better decides to discontinue this practice after the End of the Mediation, Better will provide written notice to Luminate at least three business days before doing so.

5. Prior to the mediation, the parties will work together in good faith to coordinate Luminate's transfer to Better of the following assets/information belonging to Neo that are currently in Luminate's possession, custody, or control: (1) Neo's lease agreements and related information, (2) Neo's assets/funding, (3) Neo's web domain, email system, and related intellectual property, and (4) Neo's lists of employee names, titles, and salaries.

<image001.png>

**Jeremy G. Suiter**
Partner and Deputy General Counsel
JSuiter@stradlinglaw.com

Stradling Yocca Carlson & Rauth LLP
660 Newport Center Drive, Suite 1600
Newport Beach, CA 92660
**D:** 949 725 4149 **M:** 949 287 2870
stradlinglaw.com | LinkedIn

<image002.png>

CONFIDENTIALITY NOTICE
This message is intended only for the use of the individual or entity to which it is addressed, and may contain information that is privileged, confidential and exempt from disclosure under applicable law.  If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited.  If you have received this communication in error, please notify us immediately. Thank you.

**From:** Alexander Rogosa <arogosa@mitchellsandler.com>
**Sent:** Thursday, December 19, 2024 11:00 AM
**To:** Suiter, Jeremy <JSuiter@stradlinglaw.com>; Lucas Markowitz <lmarkowitz@mitchellsandler.com>
**Cc:** Johnson, Mark <mark.johnson@offitkurman.com>; Jason E. Murtagh <jason.murtagh@bipc.com>; Luis Calvo <luis.calvo@bipc.com>; Fradin, Evan <EFradin@stradlinglaw.com>; Struck, Janet <JStruck@stradlinglaw.com>
**Subject:** RE: Luminate Home Loans, Inc. v. Better Mortgage Co., et al., Case 3:24-cv-02251

Good afternoon,

Lucas and I met with Evan earlier today as scheduled as we thought that would still be productive for the group. We understand your request to pick this back up on Tuesday though after you've spoken with the client and presented the formal proposal tomorrow and assume that's why you and Jason did not join.

Please let us know when you are available on Tuesday. Obviously earlier in the day is preferable as it's Christmas eve and we're on east coast time. We'll look out for your proposed terms regarding the private agreement Better is willing to offer regarding its steps to segregate and prevent use of Luminate's information since the company will not consent to a stipulated injunction even if we held it in abeyance

pending mediation and referenced that the Defendants continue to deny liability. We will look to go over that with our client asap. As we've discussed previously and reviewed again with Evan, we appreciate your confirming that if we do need to seek the court's intervention you would not raise delay in requesting injunctive relief as a defense since we've been engaging in good faith to try to manage these issues with you without getting the court involved.

Jason, please also confirm your receipt of the service waiver notice and provide back your signed acknowledgment so we can get that on file with the court.

Best,

**Alexander Rogosa**
Counsel
arogosa@mitchellsandler.com
(o) (202) 886-5294
*<image004.png>*

2020 K Street, NW, Suite 760
Washington, DC 20006
202-886-5260
info@mitchellsandler.com


*WE HAVE MOVED.*  Please note our new address:  2020 K Street NW, Suite 760, Washington, DC 20006.
_____

*The content of this email is confidential and intended only for the recipient specified in the message. It is strictly forbidden to share any part of this message with any third party, without a written consent of the sender. If you received this message by mistake, please reply to this message and follow with its deletion, so that we can ensure such a mistake does not occur in the future.*

---

**From:** Suiter, Jeremy <JSuiter@stradlinglaw.com>
**Sent:** Wednesday, December 18, 2024 6:09 PM
**To:** Lucas Markowitz <lmarkowitz@mitchellsandler.com>; Alexander Rogosa <arogosa@mitchellsandler.com>
**Cc:** Johnson, Mark <mark.johnson@offitkurman.com>; Jason E. Murtagh <jason.murtagh@bipc.com>; Luis Calvo <luis.calvo@bipc.com>; Fradin, Evan <EFradin@stradlinglaw.com>; Struck, Janet <JStruck@stradlinglaw.com>
**Subject:** RE: Luminate Home Loans, Inc. v. Better Mortgage Co., et al., Case 3:24-cv-02251

Lucas and Alex,

I'm talking with Better tomorrow to discuss its proposal and possible mediators. I anticipate sending a written proposal by Friday. I suggest we postpone our call tomorrow until next week so Luminate has time to consider that proposal. I'm generally available next Tuesday morning. Let me know it that works for you both.

Thanks,

<image001.png>

**Jeremy G. Suiter**
Partner and Deputy General Counsel
JSuiter@stradlinglaw.com

Stradling Yocca Carlson & Rauth LLP
660 Newport Center Drive, Suite 1600
Newport Beach, CA 92660
**D:** 949 725 4149 **M:** 949 287 2870
stradlinglaw.com | LinkedIn

<image002.png>

CONFIDENTIALITY NOTICE
This message is intended only for the use of the individual or entity to which it is addressed, and may contain information that is privileged, confidential and exempt from disclosure under applicable law.  If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited.  If you have received this communication in error, please notify us immediately. Thank you.

**From:** Alexander Rogosa <arogosa@mitchellsandler.com>
**Sent:** Wednesday, December 18, 2024 8:55 AM
**To:** Jason E. Murtagh <jason.murtagh@bipc.com>; Lucas Markowitz <lmarkowitz@mitchellsandler.com>; Luis Calvo <luis.calvo@bipc.com>; Suiter, Jeremy <JSuiter@stradlinglaw.com>
**Cc:** Fradin, Evan <EFradin@stradlinglaw.com>; Johnson, Mark <mark.johnson@offitkurman.com>
**Subject:** RE: Luminate Home Loans, Inc. v. Better Mortgage Co., et al., Case 3:24-cv-02251

Good morning,

Jeremy, could you please provide a written proposal so we can present it to our client for consideration in lieu of injunctive relief from the Court? We'd like them to see what efforts Better is affirming it intends to make regarding the segregation and prevention for misuse of any "alleged" Luminate confidential information as well as the instructions and acknowledgement for incoming employees.

We'd appreciate it if you and Jason also identify any recommendations you may have on potential mediators so we can consider those as well.

Best,

## Alexander Rogosa
Counsel
arogosa@mitchellsandler.com
(o) (202) 886-5294
<image004.png>

2020 K Street, NW, Suite 760
Washington, DC 20006
202-886-5260
info@mitchellsandler.com


***WE HAVE MOVED.*** *Please note our new address:  2020 K Street NW, Suite 760, Washington, DC 20006.*

*The content of this email is confidential and intended only for the recipient specified in the message. It is strictly forbidden to share any part of this message with any third party, without a written consent of the sender. If you received this message by mistake, please reply to this message and follow with its deletion, so that we can ensure such a mistake does not occur in the future.*

**From:** Alexander Rogosa
**Sent:** Monday, December 16, 2024 2:35 PM
**To:** Jason E. Murtagh <jason.murtagh@bipc.com>; Lucas Markowitz <lmarkowitz@mitchellsandler.com>; Luis Calvo <luis.calvo@bipc.com>
**Cc:** Suiter, Jeremy <jsuiter@stradlinglaw.com>; Fradin, Evan <efradin@stradlinglaw.com>; Johnson, Mark <mark.johnson@offitkurman.com>
**Subject:** RE: Luminate Home Loans, Inc. v. Better Mortgage Co., et al., Case 3:24-cv-02251

Please find attached the notice and waiver of service letter for each of Mr. Horanyi, Ms. Havins, and Ms. Lee, along with two copies each of their responsive waiver forms for your completion, copies of their summonses, the verified complaint, and the civil information sheet filed in this matter.

Given the size of the many exhibits included with the complaint and for the ease of your storage and access, we are making those available for you via the link below.

https://mitchellsandlerllc.box.com/s/83w9r320bcb160soyga4jbvhnyjhg1tf

For ease of communication, you are authorized to transmit the signed waiver forms back to us via email rather than through first class mail and we will take care of filing them with the court.

Please let us know if you have any questions or issues with proceeding as discussed.

Best,

**Alexander Rogosa**
Counsel
arogosa@mitchellsandler.com
(o) (202) 886-5294
*<image004.png>*

2020 K Street, NW, Suite 760
Washington, DC 20006
202-886-5260
info@mitchellsandler.com


*__WE HAVE MOVED.__  Please note our new address:  2020 K Street NW, Suite 760, Washington, DC 20006.*

*The content of this email is confidential and intended only for the recipient specified in the message. It is strictly forbidden to share any part of this message with any third party, without a written consent of the sender. If you received this message by mistake, please reply to this message and follow with its deletion, so that we can ensure such a mistake does not occur in the future.*


**From:** Jason E. Murtagh <jason.murtagh@bipc.com>
**Sent:** Monday, December 16, 2024 1:00 PM
**To:** Lucas Markowitz <lmarkowitz@mitchellsandler.com>; Luis Calvo <luis.calvo@bipc.com>; Alexander Rogosa <arogosa@mitchellsandler.com>
**Cc:** Suiter, Jeremy <jsuiter@stradlinglaw.com>; Fradin, Evan <efradin@stradlinglaw.com>
**Subject:** RE: Luminate Home Loans, Inc. v. Better Mortgage Co., et al., Case 3:24-cv-02251

Thanks, Lucas.  I'll try to make the call – please send me an invite.

Regards,
Jason

---

**From:** Lucas Markowitz <lmarkowitz@mitchellsandler.com>
**Sent:** Friday, December 13, 2024 1:47 PM
**To:** Luis Calvo <luis.calvo@bipc.com>; Alexander Rogosa <arogosa@mitchellsandler.com>
**Cc:** Jason E. Murtagh <jason.murtagh@bipc.com>; Suiter, Jeremy <jsuiter@stradlinglaw.com>; Fradin, Evan <efradin@stradlinglaw.com>
**Subject:** RE: Luminate Home Loans, Inc. v. Better Mortgage Co., et al., Case 3:24-cv-02251

Luis & Jason:

Thanks for agreeing to accept service. My colleague, Alex, will send you AOS forms for your execution.

We have a call set for Monday at 3 pm EST with Better's counsel, Jeremy Suiter and his colleague, Evan. I am copying them here. Please let us know if you'd like to join that call to discuss the path forward.

Enjoy your weekend.

## LUCAS MARKOWITZ
Partner*
lmarkowitz@mitchellsandler.com
(o)  202-240-7142
(m) 973-886-3080
*<image003.png>*

2020 K Street, Suite 760
Washington, DC 20006
202-886-5260
Info@mitchellsandler.com

*Licensed to practice in New York and New Jersey*
**Not licensed to practice in Washington, D.C.; working under the supervision of Ari Karen, Esq. pursuant to D.C. Bar Rule 49(c)(8).*

*The content of this email is confidential and intended for the recipient specified in this message only. Itis strictly forbidden to share any part of this message with any third party without written consent of the sender. If you received this message by mistake, please reply to this message and follow with its deletion.*

---

**From:** Luis Calvo <luis.calvo@bipc.com>
**Sent:** Friday, December 13, 2024 4:39 PM
**To:** Lucas Markowitz <lmarkowitz@mitchellsandler.com>; Alexander Rogosa <arogosa@mitchellsandler.com>
**Cc:** Luis Calvo <luis.calvo@bipc.com>; Jason E. Murtagh <jason.murtagh@bipc.com>
**Subject:** Luminate Home Loans, Inc. v. Better Mortgage Co., et al., Case 3:24-cv-02251

You don't often get email from luis.calvo@bipc.com. Learn why this is important

Counsel;

Please see the attached letter regarding the above-referenced matter.

**Luis F. Calvo**
**Associate**

One America Plaza
600 West Broadway, Suite 1100
San Diego, CA 92101
619 346 7589 (o)
915 443 6151 (c)
luis.calvo@bipc.com

# Buchanan

vCard | Bio | BIPC.com | Twitter | LinkedIn

---

CONFIDENTIAL/PRIVILEGED INFORMATION: This e-mail message (including any attachments) is a private communication sent by a law firm and may contain confidential, legally privileged or protected information meant solely for the intended recipient. If you are not the intended recipient, you are hereby notified that any use, dissemination, distribution or copying of this communication is prohibited and may be unlawful. Please notify the sender immediately by replying to this message, then delete the e-mail and any attachments from your system.

---

CONFIDENTIAL/PRIVILEGED INFORMATION: This e-mail message (including any attachments) is a private communication sent by a law firm and may contain confidential, legally privileged or protected information meant solely for the intended recipient. If you are not the intended recipient, you are hereby notified that any use, dissemination, distribution or copying of this communication is prohibited and may be unlawful. Please notify the sender immediately by replying to this message, then delete the e-mail and any attachments from your system.

<2024-12-24 JGS letter to Lucas Markowitz.pdf>

# EXHIBIT 2

**From:**       Lucas Markowitz <lmarkowitz@mitchellsandler.com>
**Sent:**       Monday, January 6, 2025 11:47 AM
**To:**         Jason E. Murtagh; Terry Vines; Alexander Rogosa
**Cc:**         Luis Calvo; Jason Wiley
**Subject:**    RE: Sydney Lynn


Jason:

Just following up on the below. Can you please let us know if you will agree to the below.


**LUCAS MARKOWITZ**
Partner
lmarkowitz@mitchellsandler.com
(o)  202-240-7142
(m) 973-886-3080



2020 K Street, Suite 760
Washington, DC 20006
202-886-5260
Info@mitchellsandler.com

*Licensed to practice in Washington, D.C., New York and New Jersey*

*The content of this email is confidential and intended for the recipient specified in this message only. It is strictly forbidden to share any part of this message with any third party without written consent of the sender. If you received this message by mistake, please reply to this message and follow with its deletion.*

**From:** Lucas Markowitz
**Sent:** Monday, December 30, 2024 1:39 PM
**To:** Jason E. Murtagh <jason.murtagh@bipc.com>; Terry Vines <terry.vines@bipc.com>; Alexander Rogosa <arogosa@mitchellsandler.com>
**Cc:** Luis Calvo <luis.calvo@bipc.com>; Jason Wiley <jwiley@wileypetersenlaw.com>
**Subject:** RE: Sydney Lynn

Jason:

This is not sufficient. We need an accurate report of the contents of the drive and some report from the vendor confirming it had not been accessed or disseminated as you claim. I am sorry, but I cannot take your word for it. It's nothing personal. It's a potential data breach issue involving consumer NPI.

As for Mr. Reuter, send along whatever you feel you need to.

**LUCAS MARKOWITZ**
Partner
lmarkowitz@mitchellsandler.com
(o)  202-240-7142
(m) 973-886-3080



2020 K Street, Suite 760
Washington, DC 20006
202-886-5260
Info@mitchellsandler.com

---

*Licensed to practice in Washington, D.C., New York and New Jersey*

*The content of this email is confidential and intended for the recipient specified in this message only. It is strictly forbidden to share any part of this message with any third party without written consent of the sender. If you received this message by mistake, please reply to this message and follow with its deletion.*

**From:** Jason E. Murtagh <jason.murtagh@bipc.com>
**Sent:** Sunday, December 29, 2024 3:40 PM
**To:** Lucas Markowitz <lmarkowitz@mitchellsandler.com>; Terry Vines <terry.vines@bipc.com>; Alexander Rogosa <arogosa@mitchellsandler.com>
**Cc:** Luis Calvo <luis.calvo@bipc.com>; Jason Wiley <jwiley@wileypetersenlaw.com>
**Subject:** RE: Sydney Lynn

Counsel:

Happy holidays.  Our forensics expert has examined the flash drive and confirmed that neither Ms. Lynn nor anyone else has accessed any of the files on the flash drive since more than a month before her termination.  The flash drive will remain in the possession of our legal team and will not be provided to Ms. Lynn absent resolution of this matter or advance notice to you.  We trust that this resolves your concerns and that your client will not burden the Court or my client with motions practice.

On a related note, I understand that you accepted a preservation notice to Mr. Reuter on behalf of Better.  Please let me know if you will accept a preservation notice to him on behalf of my clients.

Thanks,
Jason

---

**From:** Lucas Markowitz <lmarkowitz@mitchellsandler.com>
**Sent:** Thursday, December 26, 2024 8:56 AM
**To:** Jason E. Murtagh <jason.murtagh@bipc.com>; Terry Vines <terry.vines@bipc.com>; Alexander Rogosa <arogosa@mitchellsandler.com>
**Cc:** Luis Calvo <luis.calvo@bipc.com>; Jason Wiley <jwiley@wileypetersenlaw.com>
**Subject:** RE: Sydney Lynn

Jason:

Hope you had a nice holiday. As to Ms. Lynn, we can probably avoid injunction practice if you are willing to turn the flash drive over to a forensic e-discovery expert for imaging and analysis to at least: (1) take inventory of its contents; and (2) confirm its access history and whether it's been disseminated. Provided the vendor shares this information with both of us, we are willing to let you select the vendor. We think this is a very reasonable middle ground that protects everyone's interests here. Let us know as soon as possible.

As to Mr. Reuter, both you and Jeremy have asked about him and potential claims against him without saying any specific. Once you have a pleading and I know what the potential claims are, we can discuss Mr. Reuter's representation.

**LUCAS MARKOWITZ**
Partner
lmarkowitz@mitchellsandler.com
(o)  202-240-7142
(m) 973-886-3080



2020 K Street, Suite 760
Washington, DC 20006
202-886-5260
Info@mitchellsandler.com

---

*Licensed to practice in Washington, D.C., New York and New Jersey*

---

*The content of this email is confidential and intended for the recipient specified in this message only. Itis strictly forbidden to share any part of this message with any third party without written consent of the sender. If you received this message by mistake, please reply to this message and follow with its deletion.*

---

**From:** Jason E. Murtagh <jason.murtagh@bipc.com>
**Sent:** Tuesday, December 24, 2024 11:09 AM
**To:** Lucas Markowitz <lmarkowitz@mitchellsandler.com>; Terry Vines <terry.vines@bipc.com>; Alexander Rogosa <arogosa@mitchellsandler.com>
**Cc:** Luis Calvo <luis.calvo@bipc.com>; Jason Wiley <jwiley@wileypetersenlaw.com>
**Subject:** RE: Sydney Lynn

Lucas:  Thanks for your note.

My clients intend to bring claims against both Luminate and against Mr. Reuter individually.  We are trying to understand whether your firm has an agreement to represent him individually (in which case we will correspond with you), whether someone else represents him (in which case we will correspond with him or her), or whether he is unrepresented (in which case we will correspond with him).  If you could please let us know by the middle of next week, we would appreciate that.

In the meantime, I hope you have a good holiday.

Regards,
Jason

---

**From:** Lucas Markowitz <lmarkowitz@mitchellsandler.com>
**Sent:** Tuesday, December 24, 2024 5:17 AM
**To:** Jason E. Murtagh <jason.murtagh@bipc.com>; Terry Vines <terry.vines@bipc.com>; Alexander Rogosa <arogosa@mitchellsandler.com>
**Cc:** Luis Calvo <luis.calvo@bipc.com>; Jason Wiley <jwiley@wileypetersenlaw.com>
**Subject:** RE: Sydney Lynn

Good morning, Jason:

First, as to Mr. Reuter "personally," I am not sure I understand your question. Is he represented in connection to what? If you tell me what you have in mind, I can certainly check into it for you.

Second, in *every* communication we have had, you have either expressly or implicitly made threats to my clients or me. I hope it's cathartic for you because it is not moving the needle or serving your clients. I hope you find peace this holiday.

**LUCAS MARKOWITZ**
Partner*
lmarkowitz@mitchellsandler.com
(o)  202-240-7142
(m) 973-886-3080



2020 K Street, Suite 760
Washington, DC 20006
202-886-5260
Info@mitchellsandler.com

---

*Licensed to practice in New York and New Jersey

**Not licensed to practice in Washington, D.C.; working under the supervision of Ari Karen, Esq. pursuant to D.C. Bar Rule 49(c)(8).*

*The content of this email is confidential and intended for the recipient specified in this message only. It is strictly forbidden to share any part of this message with any third party without written consent of the sender. If you received this message by mistake, please reply to this message and follow with its deletion.*

---

**From:** Jason E. Murtagh <jason.murtagh@bipc.com>
**Sent:** Monday, December 23, 2024 10:47 PM
**To:** Lucas Markowitz <lmarkowitz@mitchellsandler.com>; Terry Vines <terry.vines@bipc.com>; Alexander Rogosa <arogosa@mitchellsandler.com>
**Cc:** Luis Calvo <luis.calvo@bipc.com>; Jason Wiley <jwiley@wileypetersenlaw.com>
**Subject:** RE: Sydney Lynn

As I told you earlier (several times), my client has shipped the drive. She does not possess it. She has not accessed it, nor has she disseminated any information from it. My team will receive it tomorrow. We do not plan to return it to her, and we won't do so without providing you advance notice. Thus, there's nothing to enjoin.

If you seek an injunction under these circumstances, you will be wasting the Court's time and adding additional facts (and damages) for my client's counterclaims. It will also force us to point out the material misrepresentations in the verified complaint.

Please institute a litigation hold as to anything involving Ms. Lynn, and, as I previously requested, send me her personnel file.

Finally, please let me know whether your firm represents Mr. Reuter personally. If not, and he is represented by someone else, please provide me with his counsel's contact information. If we don't hear from you, we will presume that he is unrepresented.

Have a good evening.

---

**From:** Lucas Markowitz <lmarkowitz@mitchellsandler.com>
**Sent:** Monday, December 23, 2024 6:32 PM
**To:** Jason E. Murtagh <jason.murtagh@bipc.com>; Terry Vines <terry.vines@bipc.com>; Alexander Rogosa <arogosa@mitchellsandler.com>
**Cc:** Luis Calvo <luis.calvo@bipc.com>; Jason Wiley <jwiley@wileypetersenlaw.com>
**Subject:** RE: Sydney Lynn

Jason:

Happy to discuss with you tomorrow if you send me your availability. I can probably discuss between 11-4 EST. Attached are the filed papers, which were already in the process of being filed by the time you confirmed the drive is going into your possession. At this point, however, we cannot take anyone's word for it, least of all Ms. Lynn's. If you send me proof of your receipt of the drive, we may be able to avoid injunction practice. Please review the Complaint ahead of our call so it can be productive.

Copying our Nevada counsel.

**LUCAS MARKOWITZ**
Partner*
lmarkowitz@mitchellsandler.com
(o) 202-240-7142
(m) 973-886-3080



2020 K Street, Suite 760
Washington, DC 20006
202-886-5260
Info@mitchellsandler.com

---

*Licensed to practice in New York and New Jersey

5

*\*\*Not licensed to practice in Washington, D.C.; working under the supervision of Ari Karen, Esq. pursuant to D.C. Bar Rule 49(c)(8).*

*The content of this email is confidential and intended for the recipient specified in this message only. It is strictly forbidden to share any part of this message with any third party without written consent of the sender. If you received this message by mistake, please reply to this message and follow with its deletion.*

**From:** Jason E. Murtagh <jason.murtagh@bipc.com>
**Sent:** Monday, December 23, 2024 5:33 PM
**To:** Lucas Markowitz <lmarkowitz@mitchellsandler.com>; Terry Vines <terry.vines@bipc.com>; Alexander Rogosa <arogosa@mitchellsandler.com>
**Cc:** Luis Calvo <luis.calvo@bipc.com>
**Subject:** RE: Sydney Lynn

Let's set up a call and discuss, because neither I nor my client have any idea what you're talking about, so I'd like to understand what you're looking for.  In the meantime, to be clear, my client has not accessed the flash drive, and has no need for or interest in any loan files.  As soon as you suggested in your email at 7:01 a.m. today that the flash drive might have NPI on it, my team took steps to take possession of the flash drive.  Ms. Lynn no longer has it; it is on the way to my team now.  A grand total of seven hours and thirty minutes (and at least four emails) have elapsed since you first raised this issue with me.

The acquisition of the drive ameliorates any possible issues your client could assert (setting aside the question of whether Luminate actually owns any trade secrets, an issue that I'm sure we will address separately).  In light of that, we will take all appropriate steps to protect Ms. Lynn's reputation and her rights if your client files a lawsuit against her under these circumstances.

Thanks,
Jason

**From:** Lucas Markowitz <lmarkowitz@mitchellsandler.com>
**Sent:** Monday, December 23, 2024 2:21 PM
**To:** Jason E. Murtagh <jason.murtagh@bipc.com>; Terry Vines <terry.vines@bipc.com>; Alexander Rogosa <arogosa@mitchellsandler.com>
**Cc:** Luis Calvo <luis.calvo@bipc.com>
**Subject:** Re: Sydney Lynn

Jason:

There are 13,000 loan files with consumer NPI. Simply telling me it is not in her possession is not good enough. I need to know where it is and who has custody of it.

Get Outlook for iOS

**From:** Jason E. Murtagh <jason.murtagh@bipc.com>
**Sent:** Monday, December 23, 2024 5:12:02 PM
**To:** Lucas Markowitz <lmarkowitz@mitchellsandler.com>; Terry Vines <terry.vines@bipc.com>; Alexander Rogosa <arogosa@mitchellsandler.com>
**Cc:** Luis Calvo <luis.calvo@bipc.com>
**Subject:** RE: Sydney Lynn

As I told you, my client has not accessed the flash drive. It also is not in her possession. Thus, there is nothing for you to ask a court to do.

Moreover, I've asked you below to provide details regarding any trade secrets – and it appears that you're simply refusing to do so. What do you think my client has done wrong, and what relief are you seeking?

To be clear, your client has used the litigation process for an improper purpose with respect to my other clients. You are now refusing to undertake a reasonable inquiry to determine whether your client's allegations are true with respect to Ms. Lynn. To be clear, should you file a complaint knowing that she has not accessed the flash drive, and with no basis to assert any access of trade secrets, my client reserves the right to seek relief against any attorneys who sign the pleading, your firm, and your client.

I remain open to discussing this with you to avoid burdening the court.

Regards,
Jason

---

**From:** Lucas Markowitz <lmarkowitz@mitchellsandler.com>
**Sent:** Monday, December 23, 2024 12:48 PM
**To:** Jason E. Murtagh <jason.murtagh@bipc.com>; Terry Vines <terry.vines@bipc.com>; Alexander Rogosa <arogosa@mitchellsandler.com>
**Cc:** Luis Calvo <luis.calvo@bipc.com>
**Subject:** Re: Sydney Lynn

We know she has the flash drive and we know what she copied on to it. So if you can confirm for us in writing both when it leaves her possession and enters yours, we would appreciate that. We're filing the complaint soon. Once it's filed, we will send you a copy and then you read all about what your new client has been up to.

Get Outlook for iOS

---

**From:** Jason E. Murtagh <jason.murtagh@bipc.com>
**Sent:** Monday, December 23, 2024 3:36:01 PM
**To:** Lucas Markowitz <lmarkowitz@mitchellsandler.com>; Terry Vines <terry.vines@bipc.com>; Alexander Rogosa <arogosa@mitchellsandler.com>
**Cc:** Luis Calvo <luis.calvo@bipc.com>
**Subject:** RE: Sydney Lynn

Lucas and Alexander:

I'm surprised to hear that your client intends to file a complaint against Ms. Lynn, and she, of course, reserves the right to seek appropriate relief should your client do so. I'm even more surprised to hear your suggestion that she has admitted to having "13,000 loan files with NPI intact." Please send me the correspondence and documents in which she made such an admission, so I can follow up on that, along with the basis for your belief that she has such files.

In the meantime, Ms. Lynn has not accessed, and is not accessing, a flash drive. Moreover, I will make sure as of today that she does not have it in her possession. That should ameliorate any concerns that your client may have about the alleged loan files.

If you have additional details regarding trade Luminate trade secrets that you think Ms. Lynn has, please
provide those so we may investigate and respond appropriately.

Thanks,
Jason

---

**From:** Lucas Markowitz <lmarkowitz@mitchellsandler.com>
**Sent:** Monday, December 23, 2024 7:01 AM
**To:** Terry Vines <terry.vines@bipc.com>; Alexander Rogosa <arogosa@mitchellsandler.com>
**Cc:** Jason E. Murtagh <jason.murtagh@bipc.com>; Luis Calvo <luis.calvo@bipc.com>
**Subject:** RE: Sydney Lynn

Jason/Luis:

Thanks for your email. We will be filing a complaint against Ms. Lynn today. We will send it to you once
filed. Most pressingly, she admitted being in possession of a flash drive containing not only Luminate's
trade secrets, but also about 13,000 loan files with NPI intact. We offered to Ms. Lynn to have it sent to a
forensic discovery vendor to preserve and segregate Luminate's information and the consumer
information from what she alleges is personal data. She refused. Please let us know if she is now willing
to send the flash drive to the forensic discovery experts. If not, we will need to file for a TRO to protect
Luminate's information, but most importantly, data on thousands of consumers.

**LUCAS MARKOWITZ**
Partner*
lmarkowitz@mitchellsandler.com
(o)  202-240-7142
(m) 973-886-3080



2020 K Street, Suite 760
Washington, DC 20006
202-886-5260
Info@mitchellsandler.com

---

*Licensed to practice in New York and New Jersey*
**Not licensed to practice in Washington, D.C.; working under the supervision of Ari Karen, Esq. pursuant to D.C. Bar Rule 49(c)(8).*

*The content of this email is confidential and intended for the recipient specified in this message only. It is strictly forbidden to share any part of this
message with any third party without written consent of the sender. If you received this message by mistake, please reply to this message and follow
with its deletion.*

---

**From:** Terry Vines <terry.vines@bipc.com>
**Sent:** Monday, December 23, 2024 9:54 AM
**To:** Lucas Markowitz <lmarkowitz@mitchellsandler.com>; Alexander Rogosa <arogosa@mitchellsandler.com>
**Cc:** Jason E. Murtagh <jason.murtagh@bipc.com>; Luis Calvo <luis.calvo@bipc.com>
**Subject:** Sydney Lynn

You don't often get email from terry.vines@bipc.com. Learn why this is important

Counsel,

Please see the attached correspondence from Jason Murtagh.


Thank you.


**Terry Vines**
**Practice Assistant**
Two Liberty Place
50 S. 16th Street, Suite 3200
Philadelphia, PA 19102-2555
215 665 5331 (o)
terry.vines@bipc.com

# Buchanan

BIPC.com | Twitter | LinkedIn

CONFIDENTIAL/PRIVILEGED INFORMATION: This e-mail message (including any attachments) is a private communication sent by a law firm and may contain confidential, legally privileged or protected information meant solely for the intended recipient. If you are not the intended recipient, you are hereby notified that any use, dissemination, distribution or copying of this communication is prohibited and may be unlawful. Please notify the sender immediately by replying to this message, then delete the e-mail and any attachments from your system.


CONFIDENTIAL/PRIVILEGED INFORMATION: This e-mail message (including any attachments) is a private communication sent by a law firm and may contain confidential, legally privileged or protected information meant solely for the intended recipient. If you are not the intended recipient, you are hereby notified that any use, dissemination, distribution or copying of this communication is prohibited and may be unlawful. Please notify the sender immediately by replying to this message, then delete the e-mail and any attachments from your system.


CONFIDENTIAL/PRIVILEGED INFORMATION: This e-mail message (including any attachments) is a private communication sent by a law firm and may contain confidential, legally privileged or protected information meant solely for the intended recipient. If you are not the intended recipient, you are hereby notified that any use, dissemination, distribution or copying of this communication is prohibited and may be unlawful. Please notify the sender immediately by replying to this message, then delete the e-mail and any attachments from your system.


CONFIDENTIAL/PRIVILEGED INFORMATION: This e-mail message (including any attachments) is a private communication sent by a law firm and may contain confidential, legally privileged or protected information meant solely for the intended recipient. If you are not the intended recipient, you are hereby notified that any use, dissemination, distribution or copying of this communication is prohibited and may be unlawful. Please notify the sender immediately by replying to this message, then delete the e-mail and any attachments from your system.


CONFIDENTIAL/PRIVILEGED INFORMATION: This e-mail message (including any attachments) is a private communication sent by a law firm and may contain confidential, legally privileged or protected information meant solely for the intended recipient. If you are not the intended recipient, you are hereby notified that any use, dissemination, distribution or copying of this communication is prohibited and may be unlawful. Please notify the sender immediately by replying to this message, then delete the e-mail and any attachments from your system.

CONFIDENTIAL/PRIVILEGED INFORMATION: This e-mail message (including any attachments) is a private communication sent by a law firm and may contain confidential, legally privileged or protected information meant solely for the intended recipient. If you are not the intended recipient, you are hereby notified that any use, dissemination, distribution or copying of this communication is prohibited and may be unlawful. Please notify the sender immediately by replying to this message, then delete the e-mail and any attachments from your system.

CONFIDENTIAL/PRIVILEGED INFORMATION: This e-mail message (including any attachments) is a private communication sent by a law firm and may contain confidential, legally privileged or protected information meant solely for the intended recipient. If you are not the intended recipient, you are hereby notified that any use, dissemination, distribution or copying of this communication is prohibited and may be unlawful. Please notify the sender immediately by replying to this message, then delete the e-mail and any attachments from your system.

# EXHIBIT 3

| | |
|---|---|
| **From:** | Lucas Markowitz <lmarkowitz@mitchellsandler.com> |
| **Sent:** | Friday, January 10, 2025 3:45 AM |
| **To:** | Jason E. Murtagh; Alexander Rogosa; Ari Karen |
| **Cc:** | Luis Calvo |
| **Subject:** | Re: Luminate Home Loans, Inc. v. Better Mortgage Co., et al., Case 3:24-cv-02251 |

Morning, Jason. At this time, we cannot withdraw the injunction application. Again, Luminate is open to mediation prior to the hearing on the 24th.

Get Outlook for iOS

---

**From:** Lucas Markowitz
**Sent:** Thursday, January 9, 2025 4:30:25 PM
**To:** Jason E. Murtagh <jason.murtagh@bipc.com>; Alexander Rogosa <arogosa@mitchellsandler.com>; Ari Karen <akaren@mitchellsandler.com>
**Cc:** Luis Calvo <luis.calvo@bipc.com>
**Subject:** RE: Luminate Home Loans, Inc. v. Better Mortgage Co., et al., Case 3:24-cv-02251

I know this is time sensitive for you. I am doing my best.

**LUCAS MARKOWITZ**
Partner
lmarkowitz@mitchellsandler.com
(o)  202-240-7142
(m) 973-886-3080



2020 K Street, Suite 760
Washington, DC 20006
202-886-5260
Info@mitchellsandler.com

*Licensed to practice in Washington, D.C., New York and New Jersey*

*The content of this email is confidential and intended for the recipient specified in this message only. It is strictly forbidden to share any part of this message with any third party without written consent of the sender. If you received this message by mistake, please reply to this message and follow with its deletion.*

---

**From:** Jason E. Murtagh <jason.murtagh@bipc.com>
**Sent:** Thursday, January 9, 2025 4:30 PM
**To:** Lucas Markowitz <lmarkowitz@mitchellsandler.com>; Alexander Rogosa <arogosa@mitchellsandler.com>; Ari Karen <akaren@mitchellsandler.com>
**Cc:** Luis Calvo <luis.calvo@bipc.com>
**Subject:** RE: Luminate Home Loans, Inc. v. Better Mortgage Co., et al., Case 3:24-cv-02251

Thanks, Lucas – I appreciate the response.  I'll look forward to hearing from you on the proposal – if your client decides to reengage and you let me know in the next couple of hours, perhaps my associate can stop working and go watch the semifinal this evening.

**From:** Lucas Markowitz <lmarkowitz@mitchellsandler.com>
**Sent:** Thursday, January 9, 2025 1:26 PM
**To:** Jason E. Murtagh <jason.murtagh@bipc.com>; Alexander Rogosa <arogosa@mitchellsandler.com>; Ari Karen <akaren@mitchellsandler.com>
**Cc:** Luis Calvo <luis.calvo@bipc.com>
**Subject:** RE: Luminate Home Loans, Inc. v. Better Mortgage Co., et al., Case 3:24-cv-02251

Morning, Jason. Let me take each of these in turn.

1. We will be filing the dismissal of Ms. Havins today.
2. As for arbitrability, I don't think that accurately portrays our position. Our position is that claims against Mr. Horanyi are not arbitrable for a variety of reasons.
3. As for Ms. Lynn. We will agree to not seek injunctive relief against her provided we get two declarations:
   a. From Ms. Lynn.
      i. Ms. Lynn never plugged any other hard drive into the laptop other than the one that was connected to the machine in October.
      ii. She did not select particular files, but rather tried to back up the machine to avoid the risk of loss  of data if the machine were wiped.
      iii. She has neither accessed the drive, nor has she provided files she copied to the drive to any third party after October whether they resided on the drive or someplace else.
      iv. She no longer has the drive because it is in the hands of our expert.
   b. From the expert.
      i. A statement that reveals that no one has accessed the files on the drive since October 2024.

**LUCAS MARKOWITZ**
Partner
lmarkowitz@mitchellsandler.com
(o)  202-240-7142
(m) 973-886-3080


MITCHELL SANDLER

2020 K Street, Suite 760
Washington, DC 20006
202-886-5260
Info@mitchellsandler.com

*Licensed to practice in Washington, D.C., New York and New Jersey

*The content of this email is confidential and intended for the recipient specified in this message only. It is strictly forbidden to share any part of this message with any third party without written consent of the sender. If you received this message by mistake, please reply to this message and follow with its deletion.*

**From:** Jason E. Murtagh <jason.murtagh@bipc.com>
**Sent:** Wednesday, January 8, 2025 5:47 PM
**To:** Lucas Markowitz <lmarkowitz@mitchellsandler.com>; Alexander Rogosa <arogosa@mitchellsandler.com>; Ari Karen <akaren@mitchellsandler.com>
**Cc:** Luis Calvo <luis.calvo@bipc.com>
**Subject:** RE: Luminate Home Loans, Inc. v. Better Mortgage Co., et al., Case 3:24-cv-02251

Lucas and Alexander:

Thanks for the call today. With respect to Ms. Havins, I understand that you will dismiss her from the pending case in the Southern District by tomorrow.

I understand it is also your position that, notwithstanding Article VIII of Exhibit 3, Luminate never agreed to or intended to arbitrate claims (whether its claims or Danny's counterclaims) with Horanyi.

We also talked about Ms. Lynn, and how we can make sure that you have the assurances you need so that we can avoid proceeding in Nevada. If we can reach agreement, I can offer to provide you with a declaration that (1) Ms. Lynn never plugged any other hard drive into the laptop other than the one that was connected to the machine in October; (2) she did not select particular files, but rather tried to back up the machine to avoid the risk of loss of Neo's data if the machine were wiped; (3) she has not accessed the drive, nor has she provided files from that drive to any third party; and (4) she no longer has the drive because it is in the hands of our expert. We will also provide a declaration from our expert that the drive reveals that no one has accessed the files on the drive since October 2024 (obviously other than our expert making a forensic copy). I think that should fully resolve everything as to her.

**Portion of email for Settlement Purposes Only



**End Settlement Section

Let me know if you have any questions or want to discuss.

Thanks,
Jason

---

**From:** Lucas Markowitz <lmarkowitz@mitchellsandler.com>
**Sent:** Wednesday, January 8, 2025 10:58 AM
**To:** Jason E. Murtagh <jason.murtagh@bipc.com>; Alexander Rogosa <arogosa@mitchellsandler.com>; Suiter, Jeremy

<JSuiter@stradlinglaw.com>; Ari Karen <akaren@mitchellsandler.com>; Johnson, Mark <mark.johnson@offitkurman.com>
**Cc:** Luis Calvo <luis.calvo@bipc.com>; Fradin, Evan <EFradin@stradlinglaw.com>; Struck, Janet <JStruck@stradlinglaw.com>
**Subject:** RE: Luminate Home Loans, Inc. v. Better Mortgage Co., et al., Case 3:24-cv-02251

Jason:

I am still in depo that will only take another 20 min, can we move this to 2:30 please.

### LUCAS MARKOWITZ
Partner
lmarkowitz@mitchellsandler.com
(o)  202-240-7142
(m) 973-886-3080



2020 K Street, Suite 760
Washington, DC 20006
202-886-5260
Info@mitchellsandler.com

*Licensed to practice in Washington, D.C., New York and New Jersey*

*The content of this email is confidential and intended for the recipient specified in this message only. It is strictly forbidden to share any part of this message with any third party without written consent of the sender. If you received this message by mistake, please reply to this message and follow with its deletion.*

**From:** Jason E. Murtagh <jason.murtagh@bipc.com>
**Sent:** Tuesday, January 7, 2025 7:41 PM
**To:** Alexander Rogosa <arogosa@mitchellsandler.com>; Lucas Markowitz <lmarkowitz@mitchellsandler.com>; Suiter, Jeremy <JSuiter@stradlinglaw.com>; Ari Karen <akaren@mitchellsandler.com>; Johnson, Mark <mark.johnson@offitkurman.com>
**Cc:** Luis Calvo <luis.calvo@bipc.com>; Fradin, Evan <EFradin@stradlinglaw.com>; Struck, Janet <JStruck@stradlinglaw.com>
**Subject:** RE: Luminate Home Loans, Inc. v. Better Mortgage Co., et al., Case 3:24-cv-02251

Let's talk at 11:00 PT/2:00 ET.  Will you circulate a link?

**From:** Alexander Rogosa <arogosa@mitchellsandler.com>
**Sent:** Tuesday, January 7, 2025 12:44 PM
**To:** Jason E. Murtagh <jason.murtagh@bipc.com>; Lucas Markowitz <lmarkowitz@mitchellsandler.com>; Suiter, Jeremy <JSuiter@stradlinglaw.com>; Ari Karen <akaren@mitchellsandler.com>; Johnson, Mark <mark.johnson@offitkurman.com>
**Cc:** Luis Calvo <luis.calvo@bipc.com>; Fradin, Evan <EFradin@stradlinglaw.com>; Struck, Janet <JStruck@stradlinglaw.com>
**Subject:** RE: Luminate Home Loans, Inc. v. Better Mortgage Co., et al., Case 3:24-cv-02251

Hello Jason,

We are available for a call tomorrow afternoon (EST) to discuss this. Please let us know when works for you.

Best,

**Alexander Rogosa**
Counsel
arogosa@mitchellsandler.com
(o) (202) 886-5294



2020 K Street, NW, Suite 760
Washington, DC 20006
202-886-5260
info@mitchellsandler.com

*WE HAVE MOVED.*  Please note our new address:  2020 K Street NW, Suite 760, Washington, DC 20006.

*The content of this email is confidential and intended only for the recipient specified in the message. It is strictly forbidden to share any part of this message with any third party, without a written consent of the sender. If you received this message by mistake, please reply to this message and follow with its deletion, so that we can ensure such a mistake does not occur in the future.*

**From:** Jason E. Murtagh <jason.murtagh@bipc.com>
**Sent:** Tuesday, January 7, 2025 3:25 PM
**To:** Lucas Markowitz <lmarkowitz@mitchellsandler.com>; Suiter, Jeremy <JSuiter@stradlinglaw.com>; Alexander Rogosa <arogosa@mitchellsandler.com>; Ari Karen <akaren@mitchellsandler.com>; Johnson, Mark <mark.johnson@offitkurman.com>
**Cc:** Luis Calvo <luis.calvo@bipc.com>; Fradin, Evan <EFradin@stradlinglaw.com>; Struck, Janet <JStruck@stradlinglaw.com>
**Subject:** RE: Luminate Home Loans, Inc. v. Better Mortgage Co., et al., Case 3:24-cv-02251

Counsel:

Please let me know the status of the dismissal papers for Ms. Havins.

In the meantime, you previously represented that none of my clients had arbitration agreements with Luminate.  Of course, we then learned that Ms. Havins did.  For that reason, we asked you to produce any other agreements my clients might have signed.  You have not yet done so.

However, in reviewing one of the exhibits you filed with the Court (exhibit 3), we discovered that Luminate required Mr. Horanyi to agree to arbitration of any claims for injunctive relief.  Specifically, Article VIII provides that "In the event that any litigation needs to be brought between the Parties to obtain temporary injunctive relief and/or enforce any or all provisions of this Agreement, the Parties agree that such an action may only be brought as an arbitration pursuant to the Arbitration Agreement executed or to be executed by the Parties."  I have attached a copy of your filing.

In light of this provision, please confirm that your client will also voluntarily dismiss the case and the pending motion for temporary injunctive relief against Mr. Horanyi.

I am available for a call to meet and confer regarding this issue if you would prefer.

Regards,
Jason

---

**From:** Lucas Markowitz <lmarkowitz@mitchellsandler.com>
**Sent:** Thursday, January 2, 2025 10:21 AM
**To:** Jason E. Murtagh <jason.murtagh@bipc.com>; Suiter, Jeremy <JSuiter@stradlinglaw.com>; Alexander Rogosa <arogosa@mitchellsandler.com>; Ari Karen <akaren@mitchellsandler.com>; Johnson, Mark <mark.johnson@offitkurman.com>
**Cc:** Luis Calvo <luis.calvo@bipc.com>; Fradin, Evan <EFradin@stradlinglaw.com>; Struck, Janet <JStruck@stradlinglaw.com>
**Subject:** RE: Luminate Home Loans, Inc. v. Better Mortgage Co., et al., Case 3:24-cv-02251

Jason:

We will voluntarily dismiss her.

**LUCAS MARKOWITZ**
Partner
lmarkowitz@mitchellsandler.com
(o)  202-240-7142
(m) 973-886-3080



2020 K Street, Suite 760
Washington, DC 20006
202-886-5260
Info@mitchellsandler.com

*Licensed to practice in Washington, D.C., New York and New Jersey*

*The content of this email is confidential and intended for the recipient specified in this message only. It is strictly forbidden to share any part of this message with any third party without written consent of the sender. If you received this message by mistake, please reply to this message and follow with its deletion.*

---

**From:** Jason E. Murtagh <jason.murtagh@bipc.com>
**Sent:** Monday, December 30, 2024 4:44 PM
**To:** Lucas Markowitz <lmarkowitz@mitchellsandler.com>; Suiter, Jeremy <JSuiter@stradlinglaw.com>; Alexander Rogosa <arogosa@mitchellsandler.com>; Ari Karen <akaren@mitchellsandler.com>; Johnson, Mark <mark.johnson@offitkurman.com>
**Cc:** Luis Calvo <luis.calvo@bipc.com>; Fradin, Evan <EFradin@stradlinglaw.com>; Struck, Janet <JStruck@stradlinglaw.com>
**Subject:** RE: Luminate Home Loans, Inc. v. Better Mortgage Co., et al., Case 3:24-cv-02251

Counsel:

I previously wrote to you regarding the arbitration agreement your client has with Ms. Havins. Please let me know immediately whether you will agree voluntarily to dismiss her from this action. We would prefer not to have to file anything with the Court on this issue.

Thanks,
Jason

CONFIDENTIAL/PRIVILEGED INFORMATION: This e-mail message (including any attachments) is a private communication sent by a law firm and may contain confidential, legally privileged or protected information meant solely for the intended recipient. If you are not the intended recipient, you are hereby notified that any use, dissemination, distribution or copying of this communication is prohibited and may be unlawful. Please notify the sender immediately by replying to this message, then delete the e-mail and any attachments from your system.

CONFIDENTIAL/PRIVILEGED INFORMATION: This e-mail message (including any attachments) is a private communication sent by a law firm and may contain confidential, legally privileged or protected information meant solely for the intended recipient. If you are not the intended recipient, you are hereby notified that any use, dissemination, distribution or copying of this communication is prohibited and may be unlawful. Please notify the sender immediately by replying to this message, then delete the e-mail and any attachments from your system.

CONFIDENTIAL/PRIVILEGED INFORMATION: This e-mail message (including any attachments) is a private communication sent by a law firm and may contain confidential, legally privileged or protected information meant solely for the intended recipient. If you are not the intended recipient, you are hereby notified that any use, dissemination, distribution or copying of this communication is prohibited and may be unlawful. Please notify the sender immediately by replying to this message, then delete the e-mail and any attachments from your system.

CONFIDENTIAL/PRIVILEGED INFORMATION: This e-mail message (including any attachments) is a private communication sent by a law firm and may contain confidential, legally privileged or protected information meant solely for the intended recipient. If you are not the intended recipient, you are hereby notified that any use, dissemination, distribution or copying of this communication is prohibited and may be unlawful. Please notify the sender immediately by replying to this message, then delete the e-mail and any attachments from your system.

# EXHIBIT 4



BA20231788589



## STATE OF CALIFORNIA
*Office of the Secretary of State*
## STATEMENT OF INFORMATION
## CORPORATION

California Secretary of State
1500 11th Street
Sacramento, California 95814
(916) 653-3516

| For Office Use Only |
| --- |
| **-FILED-** |
| File No.: BA20231788589 |
| Date Filed: 11/27/2023 |

| Entity Details | |
| --- | --- |
| Corporation Name | LUMINATE HOME LOANS, INC. |
| Entity No. | 3620995 |
| Formed In | MINNESOTA |

| Street Address of Principal Office of Corporation | |
| --- | --- |
| Principal Address | 2523 WAYZATA BLVD, SUITE 200<br>MINNEAPOLIS, MN 55405 |

| Mailing Address of Corporation | |
| --- | --- |
| Mailing Address | 2523 WAYZATA BLVD, SUITE 200<br>MINNEAPOLIS, MN 55405 |
| Attention | |

| Street Address of California Office of Corporation | |
| --- | --- |
| Street Address of California Office | None |

### Officers

| Officer Name | Officer Address | Position(s) |
| --- | --- | --- |
| ▣ Bekka Gustafson | 2523 WAYZATA BLVD, SUITE 200<br>MINNEAPOLIS, MN 55405 | Chief Financial Officer |
| ▣ Thomas Payne | 2523 WAYZATA BLVD, SUITE 200<br>MINNEAPOLIS, MN 55405 | Secretary |
| ▣ TARYN REUTER | 2523 WAYZATA BLVD, SUITE 200<br>MINNEAPOLIS, MN 55405 | Chief Executive Officer |

### Additional Officers

| Officer Name | Officer Address | Position | Stated Position |
| --- | --- | --- | --- |
| None Entered | | | |

| Agent for Service of Process | |
| --- | --- |
| California Registered Corporate Agent (1505) | CSC - LAWYERS INCORPORATING SERVICE<br>Registered Corporate 1505 Agent |

| Type of Business | |
| --- | --- |
| Type of Business | MORTGAGE LENDER |

| Email Notifications | |
| --- | --- |
| Opt-in Email Notifications | No, I do NOT want to receive entity notifications via email. I prefer notifications by USPS mail. |

| Labor Judgment | |
| --- | --- |
| No Officer or Director of this Corporation has an outstanding final judgment issued by the Division of Labor Standards Enforcement or a court of law, for which no appeal therefrom is pending, for the violation of any wage order or provision of the Labor Code. | |

B2284-4715 11/27/2023 8:24 AM Received by California Secretary of State

Electronic Signature

☒  By signing, I affirm that the information herein is true and correct and that I am authorized by California law to sign.

*Thomas Payne*
_____
Signature

*11/27/2023*
_____
Date

B2284-4716 11/27/2023 8:24 AM Received by California Secretary of State

# EXHIBIT 5





BA20241621179



**STATE OF CALIFORNIA**
*Office of the Secretary of State*
**STATEMENT OF INFORMATION CORPORATION**

California Secretary of State
1500 11th Street
Sacramento, California 95814
(916) 657-5448

| For Office Use Only |
| --- |
| **-FILED-** |
| File No.: BA20241621179 |
| Date Filed: 9/10/2024 |

B3028-2916 09/10/2024 1:42 AM Received by California Secretary of State

## Entity Details

| | |
| --- | --- |
| Corporation Name | LUMINATE HOME LOANS, INC. |
| Entity No. | 3620995 |
| Formed In | MINNESOTA |

### Street Address of Principal Office of Corporation

Principal Address          2523 WAYZATA BLVD,
SUITE 200
MINNEAPOLIS, MN 55405

### Mailing Address of Corporation

Mailing Address          2523 WAYZATA BLVD,
SUITE 200
MINNEAPOLIS, MN 55405

Attention

### Street Address of California Office of Corporation

Street Address of California Office          None

## Officers

| Officer Name | Officer Address | Position(s) |
| --- | --- | --- |
| + Taryn Reuter | 2523 WAYZATA BLVD, SUITE 200 MINNEAPOLIS, MN 55405 | Chief Executive Officer |
| + Bekka Gustafson | 2523 WAYZATA BLVD, SUITE 200 MINNEAPOLIS, MN 55405 | Chief Financial Officer |
| + Thomas Payne | 2523 WAYZATA BLVD, SUITE 200 MINNEAPOLIS, MN 55405 | Secretary |

## Additional Officers

| Officer Name | Officer Address | Position | Stated Position |
| --- | --- | --- | --- |
| None Entered | | | |

## Directors

| Director Name | Director Address |
| --- | --- |
| None Entered | |

The number of vacancies on Board of Directors is: 0

## Agent for Service of Process

| | |
| --- | --- |
| California Registered Corporate Agent (1505) | CSC - LAWYERS INCORPORATING SERVICE Registered Corporate 1505 Agent |

## Type of Business

| | |
| --- | --- |
| Type of Business | dealing in gold and silver bullion |

## Email Notifications

| | |
| --- | --- |
| Opt-in Email Notifications | Yes, I opt-in to receive entity notifications via email. |

**Labor Judgment**

No Officer or Director of this Corporation has an outstanding final judgment issued by the Division of Labor Standards Enforcement or a court of law, for which no appeal therefrom is pending, for the violation of any wage order or provision of the Labor Code.

**Electronic Signature**

☒   By signing, I affirm that the information herein is true and correct and that I am authorized by California law to sign.

*Thomas Payne*

Signature

*09/10/2024*

Date

B3028-2917 09/10/2024 1:42 AM Received by California Secretary of State

# EXHIBIT 6



Home Loans

**Apply Now**



# Press Release

2023



Luminate Home Loans

# New Growth Comes to Luminate Home Loans as NEO Home

We use cookies to ensure that we give you the best experience on our website. To learn more, please read our Privacy Policy.

×



Apply Now

# New Growth Comes to Luminate Home Loans as NEO Home Loans Joins the Team

**MINNEAPOLIS, MINN. (DECEMBER 2022) –** Luminate Home Loans is growing! Over the next few weeks, Luminate is excited to be welcoming NEO Home Loans and the company's 200+ employees to the team.

Over the past three years, NEO has experienced tremendous growth, and even amidst today's challenging market, they are on track to fund over 1.5 billion by the end of the year. This is a remarkable feat and is attributed to their belief in helping build financial wealth and wellness for each of their clients and team members.

Like Luminate, NEO is also well known for sharing mortgage knowledge with anyone who is interested. By joining Luminate, NEO will continue to expand that knowledge by gaining access to portfolio loans, Luminate Bank, more licensing, and much more. With the company's combined efforts, similar holistic approach to mortgage, and cultural alignment, Luminate and NEO hope to continue to grow and make mortgage lending that much more approachable for customers.

"As an organization, we continue to grow stronger each day," says Eric Lovins, Co-Creator, Founder, and Owner of Luminate Home Loans. "We have no doubt that the upcoming year will bring extraordinary things. In many ways, 2023 has all the makings to be a transformational year for the company! We are filled with excitement and optimism and bringing NEO onto our team is just the beginning of this transformation."

###

Luminate Home Loans is a national mortgage lending company that has been in business since 1998. Luminate's mission is to help unlock people's full potential through finances and the client experience. Luminate's headquarters is located in Minneapolis, Minn.

We use cookies to ensure that we give you the best experience on our website. To learn more, please read the client experience. Luminate's headquarters is located in Minneapolis, Minn. Privacy Policy. ×



**Apply Now**

   



## New Year, New Home: How to Make It Happen in 2025

The new year is here, and it's the perfect time to set your goals for 2025. If one of your dreams includes finding a new home, you're in the right place. But where do you start? Don't worry—we've got you covered. At Luminate Home Loans, we're here to help you turn that vision into reality with a



The Top 2 Reasons to Look at New Build Homes

We use cookies to ensure that we give you the best experience on our website. To learn more, please read our Privacy Policy. ✕



Apply Now



## 8 Key Questions About Second Mortgages: Is Debt Consolidation Right for You?

What exactly is a second mortgage, and how can it help you? We'll answer some of the most common questions we get about second mortgages, and how this financial tool can simplify your debt.



Home
Loan Options
Homebuyers
Careers
Resources
Reviews
Contact
SMS Opt In

NMLS Consumer Access #150953

Company Licenses | Privacy Policy

© 2025    All Rights Reserved | Luminate Home Loans, Inc

952-698-3300
2523 S. Wayzata Blvd. Ste 200
Minneapolis, MN 55405

Hours:
Monday to Friday
8:30am to 5pm

Let's Talk

Luminate Home Loans, Inc. a wholly owned subsidiary of Luminate Bank

NOTICE TO TEXAS CONSUMERS: CONSUMERS WISHING TO FILE A COMPLAINT AGAINST A MORTGAGE BANKER OR A LICENSED MORTGAGE BANKER RESIDENTIAL MORTGAGE LOAN ORIGINATOR SHOULD COMPLETE AND SEND A COMPLAINT FORM TO THE TEXAS DEPARTMENT OF SAVINGS AND MORTGAGE LENDING, 2601 NORTH LAMAR, SUITE 201, AUSTIN, TEXAS 78705. COMPLAINT FORMS AND INSTRUCTIONS MAY BE OBTAINED FROM THE DEPARTMENT'S WEBSITE AT WWW.SML.TEXAS.GOV. A TOLL-FREE CONSUMER HOTLINE IS AVAILABLE AT 1-877-276-5550. THE DEPARTMENT MAINTAINS A RECOVERY FUND TO MAKE PAYMENTS OF CERTAIN ACTUAL OUT OF POCKET DAMAGES SUSTAINED BY BORROWERS CAUSED BY ACTS OF LICENSED MORTGAGE BANKER RESIDENTIAL MORTGAGE LOAN

We use cookies to ensure that we give you the best experience on our website. To learn more, please read our Privacy Policy.    ✕



**Apply Now**

We use cookies to ensure that we give you the best experience on our website. To learn more, please read our Privacy Policy.