# EXHIBIT 1

| | |
|---|---|
| **From:** | Gina Wate |
| **To:** | Matthew Maron; Dierdre Beltran; Christina Gray |
| **Cc:** | Chris Ledlie |
| **Subject:** | RE: NEO Transition - RE attorney Christina Gray |
| **Date:** | Friday, December 6, 2024 3:27:28 PM |

Good afternoon.

I would like to introduce Christina Gray. She is a RE attorney that I personally have worked with for several years thru multiple transitions. She handled the legal aspects for LHL for the CHL transition two years ago.

She would be willing to work with Better to draft the necessary documents and review the consent requirements for assigning the NEO leases/documents over to Better.

Matt and Dierdre,

If Better is interested please reach out to Christina directly. We can then all jump on a call to coordinate specifics. I will also share the NEO Smartsheet with her.

I will continue to be in the middle handling the execution of the documents for LHL, as well as requesting the consents from the landlords thru emails. If hard copies need to be sent out, that would be handled internally by Better.

Christina and I are happy to team with Better throughout the transition.

Please let me know if you have any questions.



**Christina Gray**
**Commercial Leasing Attorney**
P: 214-621-1355
6009 W. Parker Road, Suite 149-1174
Plano, Texas 75093


*Gina Wate*

Real Estate & Facilities Consultant
Luminate Home Loans
425-466-5179
Gina.Wate@Goluminate.com


**From:** Gina Wate <Gina.Wate@goluminate.com>
**Sent:** Friday, December 6, 2024 9:04 AM
**To:** mmaron@better.com
**Cc:** dbeltran@better.com; Britney Scott <Britney.Scott@goluminate.com>
**Subject:** NEO Transition

Good morning Matt.

Dierdre mentioned that you have the start dates for the branches that will be transitioning

over. Will you please provide that list?  I would like to update Smartsheet before we meet today.

Thank you.

*Gina Wate*

Real Estate & Facilities Consultant
Luminate Home Loans
425-466-5179
Gina.Wate@Goluminate.com