# EXHIBIT A

| **From:** | Alexander Rogosa |
|---|---|
| **To:** | Suiter, Jeremy; Lucas Markowitz |
| **Cc:** | Jason E. Murtagh Esq. (jason.murtagh@bipc.com); Luis Calvo; Fradin, Evan |
| **Subject:** | RE: Luminate v. Better -- Document Sequestration |
| **Date:** | Tuesday, December 31, 2024 11:08:54 AM |
| **Attachments:** | image003.png<br>image004.png<br>image005.png |

Hello Jeremy,

Yes, we agree provided that your firm will still retain the material and turn it over in discovery (if not before) with records sufficient to show where those original locations and transmissions were within Better that the sequestered material came from.

Best,

# Alexander Rogosa

Counsel

arogosa@mitchellsandler.com

(o) (202) 886-5294



2020 K Street, NW, Suite 760

Washington, DC 20006

202-886-5260

info@mitchellsandler.com

***WE HAVE MOVED.** Please note our new address: 2020 K Street NW, Suite 760, Washington, DC 20006.*

———————

*The content of this email is confidential and intended only for the recipient specified in the message. It is strictly forbidden to share any part of this message with any third party, without a written consent of the sender. If you received this message by mistake, please reply to this message and follow with its deletion, so that we can ensure such a mistake does not occur in the future.*

**From:** Suiter, Jeremy <JSuiter@stradlinglaw.com>
**Sent:** Tuesday, December 31, 2024 1:49 PM
**To:** Lucas Markowitz <lmarkowitz@mitchellsandler.com>
**Cc:** Alexander Rogosa <arogosa@mitchellsandler.com>; Jason E. Murtagh Esq.

(jason.murtagh@bipc.com) <jason.murtagh@bipc.com>; Luis Calvo <luis.calvo@bipc.com>; Fradin, Evan <EFradin@stradlinglaw.com>
**Subject:** Luminate v. Better -- Document Sequestration

Lucas:

Thank you for speaking with me yesterday about Better's sequestration of documents. I am writing to confirm our call. As I mentioned, there is a tension between Better's aim to sequester documents, and Better's duty to retain documents relevant to this litigation in its original form. You agreed, and said you preferred, that any emails which include documents to be sequestered be removed from Outlook and sequestered (including the email and all attachments). To avoid any dispute or doubt, please respond and confirm that you do not consider it a breach of Better's duty to retain documents relevant to this litigation in its original form if Better removes those emails or other similar documents or data from their original location for sequestration purposes.

Thank you and Happy New Year,



**Jeremy G. Suiter**
Partner and Deputy General Counsel
JSuiter@stradlinglaw.com

Stradling Yocca Carlson & Rauth LLP
660 Newport Center Drive, Suite 1600
Newport Beach, CA 92660
**D:** 949 725 4149 **M:** 949 287 2870
stradlinglaw.com | LinkedIn



CONFIDENTIALITY NOTICE
This message is intended only for the use of the individual or entity to which it is addressed, and may contain information that is privileged, confidential and exempt from disclosure under applicable law.  If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited.  If you have received this communication in error, please notify us immediately. Thank you.