Jeremy Suiter, State Bar No. 203853
Evan Fradin, State Bar No. 358169
Stradling Yocca Carlson & Rauth LLP
660 Newport Center Drive, Suite 1600
Newport Beach, CA 92660-6422
Telephone: 949-725-4000
Facsimile: 949-725-4100

Attorneys for Defendant
Better Mortgage Co.

Jason E. Murtagh (SBN 294830)
Buchanan Ingersoll & Rooney LLP
600 West Broadway, Suite 1100
San Diego, CA 92101
Telephone: 619 239 8700
Fax: 619 702 3898

Attorney for Defendants
Daniel Horanyi, Jeanette Lee and Lauren Havins

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

### SAN DIEGO

| | |
|---|---|
| LUMINATE HOME LOANS, INC., | CASE NO. 3:24-cv-02251-BAS-MSB |
| Plaintiff, | |
| vs. | **DEFENDANTS' JOINT OBJECTIONS TO UNTIMELY DECLARATIONS OF TARYN REUTER, MIKE PELHAM, AND LUCAS MARKOWITZ FILED IN SUPPORT OF PLAINTIFF'S REPLY BRIEF IN SUPPORT OF ITS EMERGENCY MOTION FOR A TEMPORARY RESTRAINIG ORDER AND A PRELIMINARY INJUNCTION AND FOR EXPEDITED DISCOVERY** |
| BETTER MORTGAGE CO., DANIEL HORANYI, JEANETTE LEE, & LAUREN HAVINS, | |
| Defendants. | |

Stradling Yocca
Carlson & Rauth
Lawyers
Newport Beach

DEFENDANTS' JOINT OBJECTIONS TO PLAINTIFF'S DECLARATIONS
3:24-cv-02251-BAS-MSB

Defendants Better Mortgage Co., Jeanette Lee, Lauren Havins, and Daniel Horanyi ("Defendants") jointly object to (1) the declarations and exhibits of Taryn Reuter (Dkt. 23-1), Mike Pelham (Dkt. 23-2), and Lucas Markowitz (Dkt. 23-3) filed with plaintiff Luminate Home Loans, Inc.'s reply brief in support of its motion for TRO, preliminary injunction, and expedited discovery, and (2) any arguments in the reply brief that refer to or rely on these declarations or exhibits.

Defendants object on the grounds that the untimely declarations run afoul of established Ninth Circuit law and this Court's standing order. See *Autotel v. Nevada Bell Tel. Co.*, 697 F.3d 846, 852 n.3 (9th Cir. 2012) ("arguments raised for the first time in a reply brief are waived") (cleaned up); *U.S. v. Boyce*, 148 F. Supp.2d 1069, 1085 (S.D. Cal. 2001) (collecting cases declining to consider arguments first raised in reply and noting such arguments deprive "opposing party of adequate opportunity to respond"), *aff'd*, 36 F.App'x 612 (9th Cir. 2002); Hon. Cynthia Bashant Standing Order for Civil Cases (eff. February 1, 2022) at ¶ 9 (in TRO proceedings, the "Court's strong preference is for the opposing party to be served and afforded a reasonable opportunity to file an opposition"). Defendants reserve a right to raise evidentiary objections to these declarations at the hearing.

DATED: January 21, 2025　　　STRADLING YOCCA CARLSON & RAUTH LLP

By: /s/ Jeremy Suiter
　　Jeremy Suiter
　　Attorneys for Defendant
　　Better Mortgage Co.

DATED: January 21, 2025　　　BUCHANAN, INGERSOLL & ROONEY LLP

By: /s/ Jason E. Murtagh
　　Jason E. Murtagh
　　Attorney for Defendants
　　Daniel Horanyi, Jeanette Lee and Lauren Havins

STRADLING YOCCA
CARLSON & RAUTH
LAWYERS
NEWPORT BEACH

-2-
DEFENDANTS' JOINT OBJECTIONS TO PLAINTIFF'S DECLARATIONS
3:24-cv-02251-BAS-MSB

## SIGNATURE ATTESTATION

I, Jeremy G. Suiter, am counsel for Defendant Better Mortgage Co., party to the aforementioned matter. I hereby attest that Jason E. Murtagh, counsel for Defendants Daniel Horanyi, Jeanette Lee and Lauren Havins concurred in this filing's contents and has authorized the filing. I further attest that I have obtained authorization to affix his electronic signature to this document.

<u>*/s/ Jeremy G. Suiter*</u>
Jeremy G. Suiter

STRADLING YOCCA
CARLSON & RAUTH
LAWYERS
NEWPORT BEACH

-3-
DEFENDANTS' JOINT OBJECTIONS TO PLAINTIFF'S DECLARATIONS
3:24-cv-02251-BAS-MSB