# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUMINATE HOME LOANS, INC.,<br>  Plaintiff,<br>v.<br>BETTER MORTGAGE CO., et al.,<br>  Defendants. | Case No. 24-cv-02251-BAS-MSB<br><br>**ORDER GRANTING JOINT MOTION MODIFYING BRIEFING SCHEDULE**<br><br>**(ECF No. 103)** |
| BETTER MORTGAGE CO. *et. al.*,<br>  Counterclaimants,<br>v.<br>LUMINATE HOME LOANS, INC., *et. al*,<br>  Counterclaim Defendants. | |

Before the Court is a joint motion to modify the briefing schedule to extend deadlines for Plaintiff Luminate Home Loans, Inc. and Defendants Better Mortgage Co., Daniel Horanyi, and Jeanette Lee. (ECF No. 103.) Parties' counsel conferred and agreed to modify the briefing schedule. (*Id*.) Accordingly, the Court finds that parties have

demonstrated good cause to grant the requested extension of time.  The joint motion (ECF No. 103) is therefore **GRANTED**.

Parties' briefing deadlines are hereby modified as follows:

|  | **Current** | **Revised** |
|---|---|---|
| Plaintiff Luminate Home Loan, Inc.'s Second Amended Complaint | 12/11/2025 | 12/18/2025 |
| Defendants Better Mortgage Co., Daniel Horanyi, and Jeanette Lee's Responses to Plaintiff Luminate Home Loan, Inc.'s Second Amended Complaint | 12/26/2025 | 01/21/2026 |

**IT IS SO ORDERED.**

DATED: December 9, 2025

Hon. Cynthia Bashant, Chief Judge
United States District Court